Resubmitted

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 501

Thaddeus Taylor,
Plaintiff,

v.

CASE NO.

Correctional officer Woods, et al
Defendants

November 29, 2005

MOTION FOR TEMPORARY INJUCTIVE RELIEF
AND PROTECTIVE RESTRAINING ORDER AGAINST DEFS.

The plaintiff Thaddeus Taylor, in his prose capacity, respectfully Moves this Honorable Court for Preliminary Injunctive Relief and protective Restraining Orders against defendants Woods, Oliver, and LT. Galligan disallowing the above three defendants from working in or being assigned to the protective Custody Unit, housing Area -- A-module of the High Security Facility (unless their is an emergency situation) - whereby they could "harass," "set-up," Discriminate against", retaliate against the Plaintiff. Specifically, the Plaintiff submits that defendants Woods, Oliver, and Galligan are known for their aggressive efforts of retaliation and influence over other prison officials, as well known for their 'Assaultive' behavior as both defendants Oliver and Galligan are professional 'street fighters' (moonlighting) defendant Woods, a female is also known for her Racial discriminatory practices towards minorities and her Creative 'Set-ups' of inmates. the plaintiff also have been advised that (by inmates that overheard) defendant Woods and Galligan are planning and attempting to "set-up" the plaintiff to be seriously assaulted by staff and given additional criminal charges -- as "retaliatory acts"

Approximately, 2 or 3 months ago defendant Woods and Galligan Conspired to give the plaintiff disciplinary sanction -- however, defendant Woods was never assigned to the P.C. unit

where she actually has the ability to "set-up" the plaintiff until recently -- on November 17, 2005 Q.O. wood totally destroyed the Plaintiff's cell, confiscated his Legal case files, personal property without Just Cause -- and issued the plaintiff disciplinary sanctions -- As "retaliatory Act" and punishment against the plaintiff because he filed formal complaints against her previously -- for these reasons a protective restraining order should be granted.

The Plaintiff, also requests the Court issue a general preliminary Injunctive order -- prohibiting the remaining from harassing, threatening, retaliating, interfering with the plaintiff's work productivity -- including denying the plaintiff adequate access to his Legal case files while in Rhode Island DOC custody.

The plaintiff further submits -- that on November 14, 2005 he was granted "Parole" by the Connecticut Board of Parole -- with a recommendation of immediate placement in a Connecticut Halfway House -- thus, within the next few weeks the plaintiff will not be in the Defendants (RIDOC) facilities -- and any such order could be rescinded... However, such orders and protective restraining order are necessary to protect the plaintiff. The RIDOC, Administrator have also shown that they are unable to control their staff actions and/or unwilling to adequately do so. Thus Court intervention at this time is necessary.

Oral Argument requested
Testimony required

Respectfully Submitted,
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion for protective order & TRO was mailed to Attorney Patricia A. Coyne-Fague, Chief Legal Counsel for RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 21st day of November, 2005 postage prepaid.

[signature] Pro Se
Thaddeus Taylor #128275