**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

v. **C.A. No. 05 - 501 S**

**CORRECTIONAL OFFICER WOODS, et al.**

**ORDER**

This matter is before the court on the motion of the *pro se* plaintiff Thaddeus Taylor for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of motion and of the plaintiff's prison trust account statement, said motion is **DENIED.** Plaintiff has sufficient funds to pay the initial filing fee of $250.00.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $250.00 within twenty days of the date of this order. Failure to do so will result in a dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
December 8, 2005