UNITED STATES DISTRICT COURT
DISTRICT OF Rhode ISLAND

THADDEUS Taylor, Plaintiff, : C. A. No. 05-501 S

v.

Correctional OFFICER Woods; ET AL Defendants. DECEMBER 15, 2005

PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF -- Adequate "Heating" AND MEANINGful ACCESS TO LEGAL CASE files

The plaintiff Thaddeus Taylor, in the above Captioned matter respectfully moves this Honorable Court for a Temporary Injunctive ORDER -- directing the defendant(s) Director A.T. Wall, Rhode Island Department of Corrections to immediately fix and/or install a new Heating System -- that adequate heats up the Plaintiff's cell (And all protective Custody inmates.. at the High Security Facility, RIDOC -- "A-Module") -- Specifically, the Plaintiff submits that his cell (#7) and several other cells located on the "bottom teir" of the Protective Custody unit (A-Module) "heating system" (in which is actually part of the ventilation system) does not work properly or Adequately.. and the defendants for the past couple of months have refused to fix the heating system in the cells and throughout the housing unit.

The Plaintiff's Cell (A-7) heating system does not work properly, if at All.. the Cell(s) are "extremely Cold" 24 hours, 7 days a week -- and the defendants have thus far refused to 'fix' the Problem.. with the Heating; inwhich amounts to Cruel and unusal punishment. Additionally, defendant LT. William Galligan have issued an order that prohibit(s) the Plaintiff from being Moved to a 'top teir' cell .. whereby the 'Heating system' works a little better -- as harassment and retaliation against the Plaintiff for filing the instant matter and related formal Complaints. The Plaintiff also have 'low blood' and other medical issues that are aggravated by extreme Cold... The Plaintiff's cell at times is so cold it feel like he is outside. The Plaintiff Now moves the Court for a temporary InJunctive Order directing the defendant(s) at the "High Security Facility" Namely Director A.T. Wall, Rhode Island Dept. of Corrections to immediately fix the 'heating system' in the Protective Custody unit -(A-Module) and inparticular the Plaintiff's cell (A-7) .. or move All the Protective Custody inmates to housing where Adequate 'heating system (ventalation system) is available -- and the cells are at least 75° F.

OR Alternatively, move the Plaintiff to the "Top Teir Cell" where the heat works better.. And provide the Plaintiff with Additional Blankets,

hat and gloves; and allow the plaintiff to wear his sweatsuits -- underneath his uniform while housed in the facility -- until the heating system-ventilation is properly fixed.

The plaintiff also respectfully moves this Honorable Court for a 'protective order' and temporary injunctive order directing the defendants at the High Security Facility (Director A.T. Wall) (protective order against LT. Galligan -- harassment-retaliation) to provide the plaintiff with meaningful and adequate access to his legal case files.. inwhich consists of approximately 45 boxes (The plaintiff have over a dozen case(s) pending in Federal Courts, CT-Superior Court(s) and "First" and "Second" Circuit Court of Appeals towhich he have several pending brief deadlines, Court hearings scheduled in Connecticut and other litigation requirements he can not meet.. as a result of the defendants denial of adequate access to his legal case files). Specifically, the plaintiff have received adverse court decisions, had matters dismissed as a result of such misconducts of the defendants, and their unconstitutional policies (saying any amount of legal materials over one cubic foot is a 'fire hazard' - without substantial proof or penological interests) -- and had other matter(s) "continued" to allow him time to file the instant motion for "temporary relief".. the plaintiff further submits that he will suffer from irreparable injuries -- and have his case(s) dismissed if he can not adequately litigate such

The Plaintiff also submits that the defendant(s) Are trying to Systematically deprive the Plaintiff of the ability to ACCESS the Court(S), litigate his pending Legal matters and Lawsuits (some of which are against them RIDOC – see Taylor v. CTDOC, et al C.A. 05-118T – pending Appeal USCA No. 05-2552; 05-2337 Taylor v. Collins, et al, C.A. 05-4065, C.A. 05-4075 (RI)) – and the ability to challenge his Connecticut Convictions. The Plaintiff request the Court order the defendants to allow the Plaintiff six cubic feet of Legal work inside his Cell and the ability to exchange such with any of his Legal case files three times a week (not during times The Plaintiff is scheduled to use the Law Library) – until the Court could adequate address this matter and the merits of this case.

Lastly, the Plaintiff request a Court order temporary Injunctive order directing the defendants to immediately hire a Protestant-Bapist pastor and provide the Plaintiff with Religious Services – not to conflict with the time schedule for Law Library... Currently, there Are No Bapist Religious Services at the High Security Facility – and the defendants are denying the Plaintiff his right to Practice his religious faith like other religions.

Wherefore it is so moved.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI-HSF
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Michael Grant, RIDOC 40 Howard Ave, Cranston, RI 02920, on this 15th day of December 2005.

[signature] Prose
Thaddeus Taylor