UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff, : CASE NO. C.A 05-501 S

v.

CORRECTIONAL OFFICER WOODS, :
ET AL.
Defendants. : December 19, 2005

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT A.T. WALL TO FACILATE HIS TRANSFER BACK TO A CONNECTICUT DEPT OF CORRECTIONS MEMORANDUM

The Plaintiff Thaddeus Taylor, in his pro se capacity Now moves this Honorable Court for an order directing that the plaintiff be immediately transferred back to a Connecticut Dept. of Corrections Facility, and be removed from Any Rhode Island DOC Facility... For good cause... And that Defendant A.T. Wall Facilitate such transfer. The Plaintiff, is a 'CT DOC' inmate and was transferred to Rhode Island DOC as a retaliatory transfer (see C.A. 05-118T; USCA Pending Appeal No. 05-2552) on March 9, 2005. Since the plaintiff's transfer to Rhode Island DOC.. he have been Continually, harassed, threaten by RIDOC staff, attempted 'set-ups'; subjected to Racial Discriminatory Practices; Denied Adequate access to his Legal case files; forced to live in unsafe and hazardous living Conditions at the High Security Facility, given several 'bogus' disciplinary bookings and Sanctions, intimidated by staff and Superior officers, denied access to his personal Property, and unable to meaningfully prepare for his re-entry into society.. despite the fact on November 14, 2005, he was granted "Parole" and Placement in a halfway house

by the Connecticut Parole Board and Connecticut Department of Correction.. The Plaintiff expects to be placed in a "Halfway House" within the next 90 days or 50 (maybe before).. However, the defendants "RIDOC" are making this task very difficult.. and attempting to prevent the Plaintiff from successful re-entry into society.. by giving him petty write-ups; attempting to have him seriously assaulted by staff and/or other inmates; harassment; Retaliatory Acts, and depriving the Plaintiff of the ability to contact and re-establish family and community ties. The Plaintiff has no family or friends in Rhode Island.. and is not serving any sentence for the State of Rhode Island nor do he have any other pending matters.

The Plaintiff furthermore is being denied the ability to practice his religious faith (Baptist); unable to exercises, wieghtlift.. and is being denied adequate medical and dental care.. The Plaintiff as a result of the continued "Retaliatory Acts" of the Rhode Island Dept. of Corrections defendants, harassment and deprival of his constitutional rights have been forced to file several lawsuits against the Rhode Island Dept of Corrections employees and others.. To include, the following matters.. Taylor v. CTDOC, et al C.A. 05-118 T; pending Appeal First Circuit, USCA 05-2552; Taylor v. Collins, et al C.A. 05-265 S; C.A. 05-278 S (pending Appeal First Circuit - USCA 05-2337, 05-2342); Taylor v. Blain, et al (pending), C.A. 05-406 S; Taylor v. Boyle, et al (pending), C.A. 05-407; Taylor v. Lt. Gallisian (pending assignment/process); Taylor v. Correctional Officer Woods, et al C.A. 05-501 S; Among other cases in Connecticut Court.. All of which simply could be avoided if the plaintiff is returned back to Connecticut Dept. of Corrections Facility.

More importantly, the Plaintiff have been subjected to "harassment," "threats," "intimidation," "Retaliatory Acts," "unsafe living Conditions," "hazardous living conditions," "Set-ups" to be serious assaulted by other inmates and staff; "Set-ups to be given additional outside Charges;" denial of Access to his Legal Case files, denial of use of his own Personal property from (CTDOC); Subjected to Racial Discrimatory practices; unfair treatment; denied Adequate Medical and Dental Care Among other things.. All of which Director A.T. Wall and top Administrators from Rhode Island DOC have failed to stop and/or have demonstrated their unwillingness to discipline RIDOC staff and/or properly investigate the Plaintiff Claims.

Accordingly, the Plaintiff now moves the Court for an order, in the interest of Justice and for the protection of the Plaintiff from harm, Continual harassment and Retaliation..and in the best interest of all Parties concern--directing that The Plaintiff Thaddeus Taylor be immediately transferred back to a Connecticut Dept. of Corrections Facility[1] namely Cheshire CI -- Protective Custody unit in Cheshire, CT.. where the plaintiff have been housed at since 2001.

wherefore it is so moved.

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a Copy of this Memo was mailed to Attorney Michael Grant, Office of Legal Counsel 40 Howard Ave, Cranston, RI 02920 on this 19th day of December 2005, Postage Prepaid.

[signature]
Thaddeus Taylor

1 The plaintiff does not have any problems with being housed in Connecticut DOC facilities - Protective Custody unit -- However his transfer to RI was done as a result of his decision not to settle lawsuit with CT DOC.. Retaliatory transfer.