UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor,
Plaintiff,

v.

Correctional Officer Woods;
ET AL,
Defendants

: Case No. C.A. 05-501 S

December 19, 2005

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TEMPORARY INJUNCTIVE ORDER AGAINST DEPUTY WARDEN COLLINS (HSC) Prohibiting HER from Retaliating, harassing or Punishing Plaintiff MEMORANDUM

The Plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned matter respectfully moves this Honorable Court for a Protective ORDER AND TEMPORARY INJUNCTIVE ORDER AGAINST DEPUTY WARDEN Collins, High Security Facility, RIDOC.. prohibiting her from being assigned as the "Administrator/designee" over the High Security Facility.. Protective Custody unit.. whereas, she have the authority and ability to continually "harass," "retaliate against," "Discriminate," "Punish" and allow others[1] to do the same at the High Security Facility against the Plaintiff because he filed the instant lawsuit, and have made claims of Racial Discriminatory Practices at the High Security Facility to the Public.

---

1 Defendant Collins, refuse to remove staff that is harassing, threating, retaliating against, discriminating against and punishing the plaintiff from working in the Protective Custody unit "A-mod".. (to include Lt. Galligan, Goswoods and c/o Oliver.)

Defendant Deputy Warden Collins, Futhermore have taken actions against the Plaintiff as "punishment".. and Clearly disregarded the Policies and Procedures of the "RIDOC"... among other things.. She have refused to remove the "main" staff and Superior officers from the 'Protective Custody unit' (being directly assigned to Supervise The Plaintiff's housing unit -- A-module, whereas there's approximately 22 inmates...) LT. William Galligan, Correctional officer Woods and Correctional officer Oliver (Correctional officer Carlsie and Correctional officer Blain are two additional individuals but are not currently assigned to the Protective Custody unit).

On December 2, 2005, Deputy Warden Collins told the Plaintiff that because.. he is a State of Connecticut inmate; and about to go home (ie made Connecticut Parole, and awaiting placement in Halfway house) -- And She will have to Continue to work with LT. Galligan, C/o Woods, C/o Oliver (and others).. long after the Plaintiff goes back to Connecticut -- She will not remove them or discipline them in any manner... without, Conducting a throughal investigation into the Plaintiff and other minorities inmates claims of "Racial Discriminatory practices" Deputy Warden Collins stated that She found No wrongdoing on the part of her staff -- and no Racial Discriminatory Practices... going on at the High Security Facility... despite, the overwhelming evidence[2]

[2] Recently, an Afro-American inmate was seriously beaten up by staff at the High Security Facility, while he was 'handcuffed'.. Defendant Deputy Warden Collins failed to Adequately investigate these matters (Inmate Justin Paul

Moreover, Defendant Deputy warden Collins, have allowed these matters to continue to go on for several months.. since the Plaintiff's arrival at the High Security Facility.

On December 16, 2005, Defendant Collins ordered the Plaintiff to be placed on Lockdown (LOP) for 10 days.. without Just Cause; or without allowing the Plaintiff to properly submit his 'appeal' of a disciplinary booking that was given to him by defendant Correctional officer Woods (Retaliatory acts) .. as required under RIDOC policies and Procedures.

The Plaintiff, submits that Deputy warden Collins acted in this manner, as a retaliatory Act because the Plaintiff served her with a copy of this Lawsuit; as well filed formal Complaints of her inability to control her staff and Superior officers at the High Security Facility.. and the ongoing Chaos.

Because Defendant Donna Collins, is the individuals responsible for protecting the Plaintiff while he is housed at the "High Security Facility".. and her refusal thus far to stop her staff and Superior officers from harassing, threating, attempting to set up the Plaintiff, Retaliating against, Punishing and Discriminating against the Plaintiff as a result of his Race.. As well as her own recent 'condoning' such - The Plaintiff now moves for a Protective order and Temporary Injunctive Relief from such.. as stated Above. The Plaintiff request the Court to order Deputy warden Collins to be reassigned to another Facility, other than where the Plaintiff is housed at. Protective Custody unit.. and that she be prohibiting from Retaliating against, harassment of, or any efforts to punish or get others to do so against the Plaintiff while he is housed in 'RIDOC'.

Respectfully Submitted
[signature], Pro se
Thuncellar Taylor #128235
HSC, P.O. Box 8200
Cranston RI 02920

Certificate of Service

I Certify that a copy of this memorandum was mailed to to Attorney Michael Grant, RIDOC, 40 Howard Ave Cranston, RI 02920 on this 19th day of December, 2005. [signature]
Thuncellar Taylor