UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : CASE NO. C.A. 05-501 S

v.

Correctional Officer Woods, ET AL, Defendants : December 26, 2005

## AFFIDAVIT OF THADDEUS TAYLOR INSUPPORT OF TEMPORARY INJUNCTION(S) MOTIONS - "Denial of Religion", "HEATING" - "ACCESS TO LEGAL CASE FILES" - "Harassment"

1. I am a U.S. citizen, above the age of 18 years old.
2. I believe in and understand the oath.
3. I'm the pro se plaintiff in the matter TAYLOR v. Woods, etal C.A. 05-501 S, as well several other pending matters in Both Federal Courts and STATE of Connecticut Courts. I have been unable to meet my Court deadlines and Adequately litigate my Case(s); Access to the Court as a result of the defendant(s) refusal to give me adequate and meaningful access to my Legal case files.. as "Retaliation" and "harassment" of me - because I excercised my Constitutional Rights.. namely LT. Gallagan, Captain Arnold Anderson; Deputy Warden Collins; Warden Weeden from the "High security Facility" - RIDOC, Director A.T. Wall Attorney Kathleen Kelly and Attorney Patricia A. Coyne Fague were also advised of the situation.. However todate have refused to Correct my situation.
4. On December 22, 2005 I received a letter from Attorney Kathleen Kelly, of the RIDOC,

OFFICE of LEGAL Counsel -- on behalf of Director A.T. WALL and the RIDOC employees (The defendants) -- to which She advised me that because I filed this 'Lawsuit' -- Director A.T. Wall, nor any of the Rhode Island DOC employees would investigate, stop, or protect me -- And that I must seek intervention from the Court. This is the 'defacto Policy of RIDOC' -- however, I have written the Legal Counsel(S) and advised them such policies are "Retaliatory" and unconstitutional .. and to immediately Address my Concerns .. to no Avail (to date).

5. On December 21, 2005 and December 22, 2005 I was denied the opportunity to participate in Christmas services programs by C/O Woods, C/O Olivier and LT. Galligan (defendants) .. as retaliatory acts.., As well I was placed on 'Lock-down' for six days -- denied daily Showers; cell Power turned off and my TV and Radio taken from me .. as harassment. Defendant(S) Wall, Weeden and Collins failed to correct this. As well Attorney(S) Kathleen Kelly and Patricia A. Coyne Fague.

6. Since the filing of this lawsuit (and prior) I have been denied Access to my Legal case files; denied Adequate and meaningful Access -- as The defendants efforts and their Legal Counsel to prevent me from adequately Litigating my Pending matters against RIDOC -- and others. LT. Galligan and Attorney Kelly have submitted Sworn affidavits to the Federal Court(S) -- stating they are giving

me daily access to my Legal case files.. exchange one Cubic foot, every day.. and access to my entire case files every two weeks. this is not occurring.. and Attorney Kelly and Director Wall thus far have failed to correct this. Attorney Kelly also is misleading the Court(s) in filing the false affidavit.. C.A. 05-406S, C.A. 05-407S and 1st CA No. 05-2552.. I have requested she immediately correct the false statements.

7. Currently, my cell is extreme cold.. no heat.. in the protective custody unit - A-module at the High Security facility.. The Correctional officers have placed an electric heater inside the unit Control center.. and have done nothing for the inmates. Director Wall toured the Control center on December 22, 2005; and Deputy Warden Collins on December 22, 2005 and December 23, 2005.. and have not fixed the 'heating' - nor placed Electric heaters' inside the housing unit(s) cells for inmates.. there are only 23 inmates.. 'Electrick' heaters could be placed inside each cell.. or double up inmates and place electric heaters in the cells until the Heating/ventilation system is fixed. My cell and all the cells in A-module Protective Custody unit are cold 24 hours 7 days a week.

8. I'm also being still denied the right to practice my religious faith - Baptist.. The defendant(s) have not hired a Baptist Pastor like other Religions.

I'm unable to Practice my Religious faith. The defendant(s) although have Baptist pastor(s) at other facilities refuse to hire one for the High Security facility-- and/or have attempted to make me chose to go to Religious services or the Law Library.

9. I'm still being harassed by staff, the defendants at the High Security Facility, I'm in fear of being 'set-up' by staff here- Recently, an inmate Justin Pruitt... was severely beaten up by the RIDOC staff (defendants) while he was handcuff-- Defendant A.T. Wall, Donna Collins, The office of Inspection's -RIDOC have 'covered-up' the staff misconduct(s) and have charged or is in the process of charging this inmate with additional criminal charges. This is the third time this inmate (young, Afro American kid) have been beaten up since I've been at the High security and in 'RIDOC'. Inmate Justin Pruitt, also only had approximately 18 days left before going home-- and "RIDOC" gave him additional charge(s)- I'm afraid I'm going to be 'set-up' as well, Also staff is being allowed to Retaliate, harass, threaten, intimidate, inmates without being disciplined. I have been granted Parole and awaiting placement in a Halfway House in Connecticut-- I have no 'protection' but the Court(s)..

10. Allowing me to have 6 cubic feet of Legal material(s) in my cell is not a 'fire hazard'.. nor does it serve any Penological interest.. When I was in CT DOC custody I had more legal materials inside my cell.. the '6 cubic feet' and never had a problem. I'm also an ex-correctional officer.. based upon my experience there are no penological interest(s) to the current 'RIDOC' policy.. towards me.. Moreover, by defendants LT. Galligan, Collins, Wall, Anderson at the High Security are simply trying to punish me because I excercised my Rights.

11. Since my Arrival at the High Security Facility I have been treated differently from other White inmates as a result of my Race.. Afro-Americans inmates are punished harsher than White inmates.. in the Protective Custody unit I have been discriminated against by cell assignments not allowed to move to the Top Tier, by LT. Galligan and Donna Collins.. Job assignment(s), Pay raises and harsher disciplinary sanctions.. all because of my Race. Also, I'm harassed because I complained about Racial Discriminatory practices at the 'High Security' Facility. Other inmates also have been punished for complaining about Racial Discrimination.

Respectfully Submitted
[signature]
Thaddeus Taylor #128270
ACI HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this Affidavit was mailed to Attorney Michael Grant for the Defendants RIDOC, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920 on this [illegible] day of December 2005

[signature]
Thaddeus Taylor