**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-501S** |
| | : | |
| **Correctional Officer Woods, et al** | : | |

**STATE'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTIONS DATED DECEMBER 19, 2005**

Now come Defendants, Correctional Officer Woods, et al, and hereby file this motion requesting an extension of time in which to answer Plaintiff's motions filed under this case number. The reasons for said request are set forth in the accompanying memorandum of law.

Defendants, by their attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 3rd day of January, 2006.

Kathleen Kelly

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-501S** |
| | : | |
| **Correctional Officer Woods, et al** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF THE MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER PLAINTIFF'S MOTIONS**

Now come the defendants, Correctional Officer Woods, et al, and hereby submit this memorandum in support of the request for an extension of time in which to answer Plaintiff's motions filed on December 19, 2005, under C.A. #05-501S. Plaintiff's motions relate to various requests for injunctive relief, including a court order directing the Department of Corrections to immediately transfer Plaintiff back to Connecticut, and an order to the department and Deputy Warden Donna Collins to cease harassing, retaliating and punishing Plaintiff.

Plaintiff's action, C.A. #05-501S, is filed in Federal District Court for the District of Rhode Island and names numerous individuals as defendants. He has recently served the Department of Corrections and certain individuals with a copy of the Complaint and a Request for Waiver of Service of Summons. Plaintiff has named both Chief Legal Counsel Patricia Coyne-Fague and Senior Legal Counsel Kathleen Kelly as defendants in this matter. Because both legal counsels are now named defendants, the Department of Corrections has requested that the Rhode Island Department of the Attorney General represent the department and all individual defendants in this matter. The Department of Corrections is awaiting approval of this

request from the Attorney General's Office, along with the name of the assistant attorney general who will be litigating the matter.

Based on the question of representation of the Defendants, an extension of time is requested to response to the motions. Defendants respectfully request an extension of time to January 31, 2006, in which to respond to the motions.

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental mail, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 3rd day of January, 2006.