UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, ; CASE NO. C.A.-05-501 S

v. ;

CORRECTIONAL OFFICER WOODS, ETAL. Defendants. : JANUARY 9, 2006

PLAINTIFF'S OBJECTION TO THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS

The Plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned matter respectfully files his OBJection to the defendants' Motion FOR AN EXTENSION OF TIME INwhich TO RESPOND TO THE PLAINTIFF'S MOTIONS DATED DECEMBER 19, 2005... Specifically, the plaintiff submits that the defendants argument that they are seeking approval of the Rhode Island Attorney General office to represent all named defendants... including, Attorney Kathleen Kelly and Attorney Patricia Coyne-Fague ...

Attorney Kelly, on behalf of the defendants Claims that because the two Attorneys that represent Rhode Island Department of Corrections and their employees -- are named defendants --- they requested the Attorney General office file Responses to the motions

and to litigate this matter.. Although, the defendants' Attorney Kathleen Kelly .. does not directly state it.. she attempts to mislead this Honorable Court into believing that there are No other "available" Counsel in the Rhode Island Department of Corrections office of Legal Counsel.. to timely respond to all pending motions.. The plaintiff submits that such statement is false.. as recently as December 5, 2005 .. Attorney Kelly provided documentation in the plaintiff's criminal matters in Connecticut Superior Court .. that depicted Attorney Michael B. Grant, Deputy Chief Legal Counsel and Marcia Croce, Executive Assistant also are employed at the RIDOC - office of Legal Counsel.. therefore, the plaintiff submits that the Defendants' Motions for an extension of time should be 'denied'.. Attorney Grant, Certainly Could adequately file appropriate response(s), Answers etc.. on behalf of the defendants.; and if new Counsel is assigned from the Attorney General office -- at a later time he or she could take over... however, because the Plaintiff's pending Motions are 'serious' issues; an contains issues related to the Plaintiff's safety, health and welfare while in the defendants custody; as well as other hazardous living Conditions; denial

of his Right to Practice his Religious faith; Plaintiff Subjected to RACIAL Discriminatory practices by the defendants... Moreso, the defendants have already attempted to Retaliate against the Plaintiff.. by interfering with the plaintiff's placement in a "halfway house" in Connecticut (To which, they have absolutely no Authority to engage in any conversations with The plaintiff's Parole officials or Halfway House contractors for Connecticut Department of Corrections.. The defendants as retaliatory Acts have misinformed the Halfway house official -- [defendant(s) Lt. Galligan, Anderson, Collins and weeden failed to correct or stop] in their efforts to Attempt them to keep the Plaintiff incarcerated longer.. and to drop his pending Lawsuit against them)

Lastly, the Plaintiff submits that because Attorney Kathleen Kelly, Director A. T. wall, Attorney Patricia A. Coyne-Fague and the Rhode Island Department of Corrections prison officials have Now Repeated stated they will not discipline or stop the prison staff and superiors officers for their misconducts.. and that the Court must resolved the issues -- since the Plaintiff chose to file a "Lawsuit" (instant matter).. The plaintiff would be adversely affected with Extension of time .. and subjected to the hazardous living Conditions, threats, intimidation, RACIAL Discriminatory

practices, 'set-ups' by staff; Retaliation, harassment; denial of access to his legal case files; access to the Court; Denial of the Ability to practice his religious faith -- (Baptist) -- and Risk of being incarcerated longer; denied placement in a "halfway house" -- among other things -- the plaintiff needs the Court to adequately address these matters.. as each day, adversely effect the plaintiff.

Because, the defendants have ample and able counsel -- in the name of Attorney Micheal Grant -- and/or the named Attorney(s) Kelly and Coyne-Fague -- No Extension of Time should be granted; especially to the Injunctive relief(s) requests, protective orders etc.; Additionally because the Defendants and their counsels have taken the position -- they will not resolve the plaintiff's concerns, safety, and stop the harassment, discriminatory practices etc. but decided to let the Court decide all the issues -- this Honorable Court should not 'Delay' the process -- AND Direct the Defendants to timely respond.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston RI 02920

Certificate of Service

I Certify That a Copy of this Objection was mailed to Attorney Micheal Grant, office of legal counsel RIDOC; Attorney Kathleen Kelly, RIDOC, 40 Howard Ave Cranston RI 02920 on this 9th day of January, 2005.

[signature]

Thaddeus Taylor pro se