FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thaddeus Taylor, *pro se* :
:
vs. : C.A. No.: 05-501S
:
Correctional Officer Woods, et al :

**STATE'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTIONS DATED DECEMBER 19, 2005**

Now come Defendants, Correctional Officer Woods, et al, and hereby file this motion requesting an extension of time in which to answer Plaintiff's motions filed under this case number. The reasons for said request are set forth in the accompanying memorandum of law.

**ORDER**

GRANTED. Defendants shall file a response to Plaintiff's now pending motion on or before January 31, 2006.

Jacob Hagopian
Senor U.S. Magistraate Judge
Date: January 17, 2006

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 3rd day of January, 2006.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☑ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 1/11/06