**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**WAIVER OF SERVICE OF SUMMONS**

Now come Defendants, Rhode Island Department of Corrections, Director Ashbel T. Wall, Assistant Director Jake Gadsden, Warden James Weeden, Deputy Warden Donna Collins, Aaron Aldrich, Captain Arnold Anderson, Lt. William Galligan, Lt. Doyle, Correctional Officer Woods, Correctional Officer Oliver, Correctional Officer Pierce, Correctional Officer Blain, Correctional Officer Calise, Attorney Patricia A. Coyne-Fague and Attorney Kathleen Kelly, and, pursuant to the Federal Rules of Civil Procedure, hereby waive service of summons in the above-captioned action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Entry of Appearance by first class, mail, postage prepaid to **Thaddeus Taylor,** ***pro se***, Adult Correctional Institution, P.O. Box 8210, Cranston, RI 02902 on this 13th day of January, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

## WAIVER OF SERVICE OF SUMMONS

Now come Defendants, Rhode Island Department of Corrections, Director Ashbel T. Wall, Assistant Director Jake Gadsden, Warden James Weeden, Deputy Warden Donna Collins, Aaron Aldrich, Captain Arnold Anderson, Lt. William Galligan, Lt. Doyle, Correctional Officer Woods, Correctional Officer Oliver, Correctional Officer Pierce, Correctional Officer Blain, Correctional Officer Calise, Attorney Patricia A. Coyne-Fague and Attorney Kathleen Kelly, and, pursuant to the Federal Rules of Civil Procedure, hereby waive service of summons in the above-captioned action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Entry of Appearance by first class, mail, postage prepaid to **Thaddeus Taylor,** ***pro se***, Adult Correctional Institution, P.O. Box 8210, Cranston, RI 02902 on this 13th day of January, 2006.