UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,

v.

CORRECTIONAL OFFICER WOODS,
ET AL. Defendants.

CASE NO. C.A. 05-501 S

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

December 19, 2005

PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT A.T. WALL TO FACILITATE HIS IMMEDIATE TRANSFER BACK TO CONNECTICUT DOC

The Plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned case, now moves this Honorable Court for an order directing that the Plaintiff immediately be removed from the Rhode Island DOC facilities and be returned back to Connecticut Dept. of Corrections facility (Cheshire CI - Protective Custody unit - plaintiff ex-correctional officer and was housed their since 2001 without incidents)

Because Director A.T. Wall, and the Rhode Island DOC prison officials and staff have demonstrated their inability to control their staff and stop the harassment, retaliatory acts against the Plaintiff, the threats intimidation, racial discriminatory practices, among other misconducts, and/or their unwillingness to do so. A court order at this time is necessary to protect the Plaintiff and in the best interests of all parties and the court system ... with little prejudice to the defendant(s). (See memorandum)

Respectfully submitted
prose
Thaddeus Taylor
Thaddeus Taylor #128278
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of service

I certify that a copy of this motion was mailed to attorney Michael Grant, RIDOC legal office, 40 Howard Ave, Cranston, RI 02920 on this 19th day of December, 2005.

Thaddeus Taylor
Thaddeus Taylor

—1—

[illegible] to U.S. [illegible] 1/5/06

**ORDER**

DENIED. No basis exists for this Court to order the R.I. Dept. of Corrections to return the Plaintiff to the Connecticut Dept. of Corrections.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: January [illegible], 2006