**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

## <u>OBJECTION</u>

Now comes Defendants, Rhode Island Department of Corrections, Director Ashbel T. Wall, Assistant Director Jake Gadsden, Warden James Weeden, Deputy Warden Donna Collins, Aaron Aldrich, Captain Arnold Anderson, Lt. William Galligan, Lt. Doyle, Correctional Officer Woods, Correctional Officer Oliver, Correctional Officer Pierce, Correctional Officer Blain, Correctional Officer Calise, Attorney Patricia A. Coyne-Fague and Attorney Kathleen Kelly ("Defendants," "RI DOC" or "State"), and hereby object to the following motions filed by Plaintiff, Thaddeus Taylor :

1. Motion for Temporary Injunctive Relief and Protective Restraining Order Against Defendants.
2. Plaintiff's Motion for Temporary Injunctive Relief-Adequate "Heating" and Meaningful Access to Legal Case Files
3. Plaintiff's Motion for Protective Order and Temporary Injunctive Order Against Deputy Warden Collins (HSC) Prohibiting Her from Retaliating, Harassing or Punishing Plaintiff

As grounds, Defendant respectfully submit the following. Plaintiff Taylor is a Connecticut Department of Corrections inmate transferred to the RI DOC pursuant to the so-called Interstate Compact. The instant motions complain of acts and omissions by various RI DOC Defendants, and seek injunctive relief. On or about Tuesday, January 24, 2006, Plaintiff Taylor returned to the custody and control of the Connecticut. See Exhibit A – Letter from Connecticut DOC Lynn Milling to RI DOC Joseph DiNitto dated January 19, 2006. Accordingly, the motions presently before the Court for Injunctive Relief are moot. Therefore, Plaintiff Taylor's pending motions should be denied.

For the reasons set forth. Defendants respectfully request that Plaintiff Taylor's motions be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Order by first class mail, postage prepaid on this 31st day of January, 2006 to:

**Thaddeus Taylor,** ***pro se***
Isaiah House
112 Clinton Avenue
Bridgeport, CT 06605