# STATE OF CONNECTICUT

*DEPARTMENT OF CORRECTION*
***OFFENDER CLASSIFICATION & POPULATION MANAGEMENT***
***INTERSTATE COMPACT OFFICE***
*1153 EAST STREET SOUTH*
*SUFFIELD, CONNECTICUT 06080*

January 19, 2006

Joseph DiNitto
Director of Classification
Intake Service Center
P.O. Box 8249
Cranston, RI 02920

Re: **Thadius Taylor CT# 237855 ACI# 128275**

Dear Mr. DiNitto:

Please be advised that Connecticut inmate, Thadius Taylor will be permanently returned to Connecticut DOC on Tuesday, January 24, 2006. Our Correctional Transportation Unit will be arriving at the High Security Center in Rhode Island on Tuesday, at approximately 10:30AM to return Mr. Taylor to Cheshire CI. The transporting Officers will be Correction Officer Lemon and Correction Officer Avery.

Please allow Mr. Taylor to transport all property with him to Connecticut DOC. There will be two vehicles coming to accommodate all his property.

If Mr. Taylor has any medication needs, will you please ensure a three-day supply is sent with him.

If you have any questions, feel free to contact this office at (860) 292-3404.

Sincerely,

L Milling

Lynn Milling
Major, Interstate Compact Office

Cc: Captain McIntosh, CTU

RECEIVED
JAN 19 2005
CLASSIFICATION OFFICE