UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : CASE NO. C.A. 05-501 S

v. :

CORRECTIONAL OFFICER WOODS, ET AL. Defendants. : FEBRUARY 20, 2005

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

The plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned case respectfully files this objection to the defendants' MOTION FOR A MORE DEFINITE STATEMENT under Rule 12(e) F.R.Civ.P... claiming inter alia that the last two pages of the Complaint is unreadable and that counsel for the defendants are unable to prepare a full and fair responsive pleading.

Because the plaintiff's Complaint as filed with the Court and submitted to the defendants' counsel ... is clearly legible and fully complies with the standards of filing a civil complaint (for a prose plaintiff) The defendants' MOTION should be denied.

Moreover, a MOTION for a More definite STATEMENT under Rule 12(e) is an extraordinary pleading, and should

not be granted freely. Although, the defendants' counsel may prefer that a 'Complaint' be drafted by an attorney... rather then the prose Plaintiff this preference alone, is not sufficient grounds to request for a Motion For a more Definite STATEMENT.[1]

Moreso, clearly the defendants' counsel representations to the Court that he is unable to file a full and fair responsive pleading to the Complaint is without merit.. and their efforts to burden and/or harass the prose plaintiff.

First, the defendants' own Motion For a MORE Definite STATEMENT and memoranda clearly depicts that counsel have a sufficient 'grasp' of the issues presented in this case... the term "defendants" as used in this case applies to all named defendants .. however, the plaintiff did infact specifically name the defendants as each claim they were involved in. The defendants' counsel MOTION is not being made in good faith, thus should be denied.

---

[1] The copy of the Complaint that was submitted by the defendants'.. page one through ten are legible (to support their motion).

The Defendant's (Rhode Island) counsel also claims he does not know the plaintiff's sought relief.. because (allegedly) he can not read such.. the plaintiff seriously disputes this statement as well .. however, the main aspects the defendants should be aware is that the plaintiff is asking for money damages, punitive damages, Injunctive relief, Attorney fees and Costs, $300,000.00 compensatory and 1 million for punitive damages.. all of which are clearly setforth in the Complaint.[2]

For all the above reasons the prose plaintiff respectfully request this Honorable Court to deny the defendants' Motion For a More Definite STATEMENT -- as 'unnecessary'.

Respectfully Submitted,

Thaddeus Taylor
112 Clinton Ave
Bridgeport, CT 06605

Certificate of Service

I certify that a copy of this motion/objection was mailed to the defendants, Attorney Thomas A. Palombo, Attorney General office, 150 South main Street, Providence, RI 02903 on this 20th day of February, 2006.

Thaddeus Taylor

[2] The plaintiff also submits that he submitted a very reasonable settlement offer to the defendants to resolve this case ...