UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR C.A. No. 05-501S

v.

Correction Officer Woods, etal APRIL 21, 2006

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR ORDER AND MOTION FOR RECONSIDERATION

The plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned matter respectfully submits to the court his objection to the defendant's Motion for Order and memorandum/motion for reconsideration of Court order dated April 11, 2006.

First, the plaintiff submits that an order directing him to serve (Attorney Thomas A. Palombo) on behalf of all RI defendants any and all subsequent filings is unnecessary..inthat now that it is absolutely clear to the pro se plaintiff that Attorney Palombo is the lead attorney for all the RI defendants and desire to be served the plaintiff will effectuate service to him on behalf of all Rhode Island defendants. This is a simple matter that is resolved and court intervention is unnecessary at this point, thus should be denied.

Second, the plaintiff respectfully objects to the defendant's Attorney Thomas A. Palombo to try refile motions until he get the type of response he wants. The Court already denied the Rule 12(e) and indoing so read the complaint and issued a well reasoned decision ...the defendants should not be allowed to shop around until they get the response they want..by refiling motions and making claims that because he was not advised that an objection to such was filed the court made an error in its' decision (written)...this notion is without

merit, and should be denied. Simple put the defendants have enough facts and detamls towhich to file their answers, thus the court was correct to deny the motion on April 11, 2006; and therefore should not allow the defendants to prolong this matter by attempting to get the plaintiff to file additional pleadings.

The Motion for reconsideration should be denied at this time.

Respectfully Submitted,

Thaddeus Taylor
341 Clinton Ave
Bridgeport, CT 06605
Tel # 203 549-0018

CERTIFACTION OF SERVICE

] certify that a copy of this objection was mailed to the RI defendants Attorney Thomas A Palomobo, aag, 150 South Main Street, Providence, RI, 02903 On this 21st day of April, 2006.

Thaddeus Taylor, pro se