UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,

v. C.A. No. 05-501 S

CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES
Defendants.

**MOTION FOR COURT ORDER**

Now come the Defendants and hereby respectfully requests that the Honorable Court order Plaintiff, Thaddeus Taylor, to serve upon the undersigned Assistant Attorney General any and all papers he files in this civil action. As grounds, the undersigned represents that Plaintiff Taylor did not so serve his objection to Defendants' Motion for a More Definite Statement. The undersigned was only informed that Plaintiff Taylor had filed an objection by reading the Court's Memorandum and Order dated April11, 2006.

WHEREFORE, Defendants respectfully request that the Honorable Court grant this Motion; issue the order requested; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Motion by first class mail, postage prepaid, on this 20th day of April, 2006 to the following:

**Thaddeus Taylor,** ***pro se***
Isaiah House
112 Clinton Avenue
Bridgeport, CT 06605

Granted. Plaintiff is ordered to serve all papers on the attorney for the state of Rhode Island, Mr Palombo.

USDJ
4/27/06