UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Thaddeus Taylor, | ) |
|        Plaintiff, | ) |
|     v. | ) C.A. No. 05-501 S |
| Correctional Officer Woods, et al., | ) |
|        Defendants. | ) |

### DECISION AND ORDER

WILLIAM E. SMITH, United States District Judge.

Before the Court is Defendants' Objection, which the Court construes as a Motion for Reconsideration of Magistrate Judge Hagopian's Memorandum and Order denying Defendants' motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

Upon review of the filings in this case, the Court notes that Plaintiff's complaint names at least sixteen Defendants and raises numerous constitutional claims. Considering the broad scope of these allegations, it is in the best interest of all parties to allow this litigation to proceed in an efficient manner. With this goal in mind, the Court finds that at this early stage of the proceedings, the parties should have a common understanding of which Defendants are being sued for what.

Accordingly, Defendants' Motion for Reconsideration is GRANTED. On or before May 23, 2006, Plaintiff is required to file a pleading that states in concise terms what he is alleging as to each named Defendant.

IT IS SO ORDERED.

/s/ WESmith
_____
William E. Smith
United States District Judge
Date: 5\2\06