Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Thadeas Taylor

RE: CA05-501S

Thadeas Taylor v Correctional Officer Woods, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **06/12/06** and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

√ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____10. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 6/14/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C. A No. 05-501S

v. :

Correctional OFFICER Woods, ETAL, : June 9, 2006

RECEIVED
JUN 12 2006
Property of U.S. District Court
District of Rhode Island

## MEMORANDUM OF LAW INSUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS AND FOR SANCTIONS

Background: on or about May 3, 2006, the Court established a scheduling order for the above matter, towhich the defendants did not object to. on May 5. 2006, the plaintiff served upon the defendants his Requests for Interrogatories and Requests for production of documents.. asking the defendants to provid such within 30 days. To date, the defendants refused to produce the necessary documents and failed to Respond to the interrogatories timely.. The plaintiff also attempted to communicate with the defendants to no avail.

On June 6. 2006, rather than Answer the plaintiff's Interrogatories and production of documents.. the defendants' Attorney Thomas A. Palombo engaged in "bad faith" act and "harassment" of the prose plaintiff.. by serving him with Interrogatories and production of documents requests that were identical to the information, documents, Interrogatories the plaintiff had served on him on May 5. 2006. Moreso, the defendants' Attorney, very well know that the defendants are the only ones in possession of the sought document.. towhich are reasonably available to him.