**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**EMERGENCY MOTION TO DISMISS**
**OR, IN THE ALTERNATIVE,**
**EMERGENCY MOTION TO COMPEL ATTENDANCE FOR DEPOSITION**

Defendants hereby move to dismiss this civil action for Plaintiff, Thaddeus Taylor's, failure to appear for a deposition noticed for Tuesday, June 27, 2006 at 10 a.m. In the alternative, Defendants move to compel Taylor's appearance for deposition. Because discovery closes on Monday, July 10, 2006, Defendants file these as emergency Motions for expedited consideration. In support, Defendants submit a Memorandum of Law with Exhibits A-B.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted or, in the alternative, that Taylor be Court-ordered to appear for deposition and, further, that Defendants be awarded their attorney's fees and costs, including the costs associated with today's deposition.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of these Emergency Motions by first class mail, postage prepaid, on this 27 day of June, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO DISMISS OR, IN THE ALTERNATIVE, EMERGENCY MOTION TO COMPEL ATTENDANCE FOR DEPOSITION**

Defendants respectfully submit this Memorandum of Law in support of their Emergency Motion to Dismiss or, in the alternative, Emergency Motion to Compel Attendance for Deposition. Plaintiff, Thaddeus Taylor, failed to appear for his Deposition noticed for Tuesday, June 27, 2006 at 10 a.m.

Taylor was a Connecticut prisoner who served a portion of his felony sentence within the R.I. Department of Corrections. He was returned to Connecticut earlier this year. Thereafter, Taylor was released from confinement in prison. On June 8, 2006, a Notice of Deposition (See Exhibit A) was mailed to Taylor by First Class U.S. Mail and by Certified U.S. Mail. In addition, on June 14, 2006, a Notice (See Exhibit B) was filed with the Court and mailed to

Taylor noticing the Court and further advising Taylor of the Deposition. Taylor failed to appear for his Deposition and did not contact the undersigned regarding the Deposition.

Respectfully, because discovery closes on Monday, July 10, 2006, Defendants file these as emergency Motions for expedited consideration.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted or, in the alternative, that Taylor be Court-ordered to appear for deposition and, further, that Defendants be awarded their attorney's fees and costs, including the costs associated with today's deposition.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Notice of Deposition by first class mail, postage prepaid, on this 27 day of June, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096