UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,

v.

C.A. No. 05-501 S

CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES
Defendants.

# NOTICE OF DEPOSITION

Defendants hereby give notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Deposition of **Plaintiff, Thaddeus Taylor**, shall be taken by the undersigned Attorney of Record at the State of Rhode Island, Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition shall be taken by stenographic means and shall commence at **10:00 a.m. on Tuesday June 27, 2006** and may be continued to a lawfully adjourned date or from day to day until the Deposition is completed. Defendant is hereby noticed to bring to the Deposition, for inspection and copying, the documents and things set forth in the attached Exhibit A.

EXHIBIT A

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Notice of Deposition by first class mail, postage prepaid and by Certified Mail No. 7099340000052844 1705 on this 8th day of June, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096

**Exhibit A**

1. Any and all documents that evidence, demonstrate or support the allegations and claims of race discrimination as set forth in your Complaint.

2. Any and all documents that evidence, demonstrate or support the allegations and claims of cruel and unusual punishment as set forth in your Complaint.

3. Any and all documents that evidence, demonstrate or support the allegations and claims of discrimination against African-American and minority inmates and/or preferential treatment for white inmates as set forth in your Complaint.

4. Any and all documents that evidence, demonstrate or support the allegations and claims of deprivation of access to the courts as set forth in your Complaint.

5. Any and all documents that evidence, demonstrate or support the allegations and claims of deprivation of the right to practice religious faith as set forth in your Complaint.

6. Any and all documents that evidence, demonstrate or support the allegations and claims of retaliation, harassment, threats and punishment for exercising your right to file formal complaints and/or grievances as set forth in your Complaint.

7. Any and all documents that evidence, demonstrate or support the allegations and claims of hazardous living conditions and/or buildings as set forth in your Complaint.

8. Other than as produced in Requests No. 1-7 above, any and all documents that evidence, demonstrate or support the allegations and claims as set forth in your Complaint.

9. Any and all documents or tangible things identified or referred to in Plaintiff's answer to any Interrogatory served by Defendants.

10. Any and all photos, videos and the like, whether still, moving, day in the life, etc., that

evidence, demonstrate or support the allegations and claims as set forth in your Complaint and/or your condition, injury, damage or loss as alleged in the Complaint.

11. Any and all documents or tangible things, including medical records or reports, that evidence, demonstrate or support the allegations or claims as set forth in your Complaint.

12. Any and all RI DOC grievances and/or administrative complaints filed by you that concern or relate to the allegations and claims as set forth in the Complaint and any and all responses to said grievances and/or administrative complaints.

13. Any and all correspondence, letters, notes or the like from you to any RI DOC official or employee that concern or relate to the acts or omissions alleged in the Complaint.

14. Any and all written requests for medical attention, care or treatment that you submitted to any doctor, nurse, officer, employee or representative of RI DOC that concern or relate to the allegations and claims as set forth in the Complaint.

15. Any and all documents, including, but not limited to letters or memos, between you or your representative(s) and these Defendants or their representative(s), which concern or relate to the allegations and claims as set forth in the Complaint.

16. Any and all documents or tangible things that you allege gave or should have given these Defendants knowledge, constructive or actual, of the allegations as set forth in the Complaint.

17. A true and accurate copy of your criminal history or BCI record, or a signed release for Defendants to obtain your criminal history or BCI record.

18. Any and all documents or tangible things that you have received from any expert witness that you or your representative(s) has engaged or consulted with or that you shall call or may call at the trial in this civil action.

19. A current curriculum vitae or resume from any expert witness that you or your representative(s) has engaged or consulted with or that you shall call or may call at the trial in this civil action.

20. Any and all documents or tangible things that you shall introduce or may introduce at the trial in this civil action.