**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**NOTICE**

Now come the State Defendants and hereby respectfully provide the Honorable Court and Plaintiff Taylor with Notice of the following:

1. The State Defendants have served a Notice of Deposition of Plaintiff, Thaddeus Taylor, to be taken by the undersigned Attorney of Record at the State of Rhode Island, Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 at 10:00 a.m. on Tuesday June 27, 2006.
2. The State Defendants have served the Notice of Deposition on Plaintiff Taylor, by First Class U.S. Mail and by Certified U.S. Mail.

EXHIBIT B

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Notice by first class mail, postage prepaid, on this 14th day of June, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096