UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THADDEUS TAYLOR, Plaintiff, | : | C. A. No. 05-501 S |
| v. | : | |
| Correctional Officer Woods, ETAL Defendants. | : | June 29, 2006 |

MOTION TO COMPEL DEFENDANTS' TO ANSWER INTERROGATORIES AND production OF Documents Served upon them 5/5/6

The Plaintiff Thaddeus Taylor, in the above Captioned matter now moves this Honorable Court for an order directing the defendants' to immediately Answer and production of the Requested documents that are reasonably in the defendants' possession Pursuant to Rule 37 of The Federal R. Civ. P, and sanctions.

Specifically, the Plaintiff served upon the defendants Counsel his Requests for Interrogatories and production of documents on May 5, 2006 (After the Court setforth its Scheduling order for this matter) Todate, the defendants have not Answered the Interrogatories, nor have they Produced the requested documents as was requested. Additionally, the Plaintiff communicated to the defendants[1] asking them to timely respond to such.. to no AVAIL.

Accordingly, the Plaintiff Now moves this Honorable Court for an order directing the defendants to immediately respond and produce the documents to the prose plaintiff within ten days or face appropriate sanctions.

1 Not only did the defendants' Counsel refuse to timely respond to the Plaintiff's interrogatories and production of documents requests; He now have engaged in "harassment" or bad faith" of the prose Plaintiff by Requesting the Plaintiff Provide him with the exact same documents, despite the fact they are in the defendants' posse

The plaintiff further moves the Court for Sanctions against the defendants' Counsel and prohibit him from engaging in 'harassment' or acting in "bad faith" towards the prose plaintiff. Wherefore it is so moved. See exhibit "A" & MOL in support

Respectfully Submitted,
[signature], prose
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Thomas A. Palumbo, Attorney General office, 150 South main Street, Providence, RI 02903 on this 29th day of June, 2006

[signature]
Thaddeus Taylor, prose

Resubmitted June 28, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C. A No. 05-501S

v. :

Correctional OFFICER Woods, ETAL, : June 29, 2006

RECEIVED
JUN 7th 2006
Property of U.S. District Court
District of Rhode Island

## MEMORANDUM OF LAW INSUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS AND FOR SANCTIONS

Background: on or about May 3, 2006, the Court established a scheduling order for the above matter, towhich the defendants did not object to. on may 5, 2006, the plaintiff served upon the defendants his Requests for Interrogatories and Requests for production of documents.. asking the defendants to provid such within 30 days. To date, the defendants refused to produce the necessary documents and failed to Respond to the interrogatories timely.. The plaintiff also attempted to communicate with the defendants to no avail.

On June 6, 2006, rather than answer the plaintiffs Interrogatories and production of documents.. the defendants' Attorney Thomas A. Palombo engaged in "bad faith" act and "harassment" of the prose plaintiff.. by serving him with Interrogatories and production of documents requests that were identical to the information, documents, Interrogatories the plaintiff had served on him on may 5, 2006. Moreso, the defendants' Attorney, very well know that the defendants are the only ones in possession of the sought document.. towhich are reasonably available to him.

Therefore, the filing of such documents upon the prose plaintiff was designed to harass the plaintiff Solely.. and was done in bad faith.

Accordingly, the Plaintiff Now moves the Court to issue an order directing the defendants to Answer, (not avoid) All the Interrogatories and to produce Copies, Certified Copies, of all the documents the plaintiff have requested that are reasonably in their possession (Rhode Island Dept of Corrections) within 10 days.. The plaintiff also moves the Court for Sanction (warning) to the defendants' Counsel Not to harass the plaintiff or engage in any bad faith effort to prolong this matter.

Although, the "Amended Complaint" was filed thereafter the Interrogatories and Requests for Documents were filed the defendants' Counsel did not object to the Court's Scheduling order and Discovery deadlines.. therefore Should not be allowed to prolong this matter. Rule 37, F.R. Civ.P. (see Exhibit A" Interrogatories 5/5/06)

Respectfully Submitted

[signature], prose

Thaddeus Taylor

353 Elm Street

Windsor Locks, CT 06096

Certificate of Service

I Certify that a Copy of this motion was mailed to Attorney Thomas A. Palombo, 150 South Main Street, Providence, RI 02903, on this 29th June 2006. Postage Prepaid

[signature]

Thaddeus Taylor