**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Now come the State Defendants and hereby respond to Plaintiff Taylor's Motion to Compel Answers to Interrogatories and Production of Documents as follows:

1. Plaintiff Taylor's "Production of Documents Request" and "Interrogatories" (dated May 5, 2006) were received on Wednesday, May 10, 2006.
2. Plaintiff Taylor's Amended Complaint (due on May 23, 2006 by Court Order) was received on Wednesday, May 31, 2006.
3. The State Defendants promptly filed an Answer thereto on Tuesday, June 6, 2006.

4. The State Defendants served an Objection to Plaintiff Taylor's "Production of Documents Request" and "Interrogatories" on Thursday, June 8, 2006, on the grounds that the timing of the discovery, nearly four (4) weeks before the filing of the Court-Ordered Amended Complaint, violated the Federal Rules of Civil Procedure.

5. **Nonetheless, the State Defendants emphasize that they shall answer or otherwise respond to Plaintiff Taylor's "Production of Documents Request" and "Interrogatories" within thirty (30) days of the filing of their Answer; i.e., on or before Thursday, July 6, 2006.**

WHEREFORE, respectfully, the State Defendants have no objection to a Court Order for the State Defendants to answer or otherwise respond to Plaintiff Taylor's "Production of Documents Request" and "Interrogatories" within thirty (30) days of the filing of their Answer; i.e., on or before Thursday, July 6, 2006.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Response by first class mail, postage prepaid, on this 14th day of June, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096

Melissa L. DiFonzo