UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

## DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S ANSWERS TO INTERROGATORIES

Defendants hereby move to compel Plaintiff Taylor's Responses to Defendants' Request for Production of Documents and Answers to Defendants' Interrogatories. Because discovery closes today, Monday, July 10, 2006, Defendants file this as an Emergency Motions for expedited consideration. In support, Defendants submit an accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Motion to Compel be granted, that they be awarded their attorney's fees and costs, and such other and further relief as justice may require.

## RULE 37 CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 37, the undersigned Attorney of Record attempted to contact Plaintiff Taylor by telephone in Connecticut at the number listed on several of his correspondence; however, a recorded message stated that the telephone number has been temporarily disconnected.

T.A. Palombo, AAG

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of this Emergency Motion by first class mail, postage prepaid, on this 10 day of June, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S ANSWERS TO INTERROGATORIES**

This Memorandum of Law supports Defendants' Motion to Compel Plaintiff Taylor's Responses to Defendants' Request for Production of Documents and Answers to Defendants' Interrogatories. Because discovery closes today, Monday, July 10, 2006, Defendants file this as an Emergency Motions for expedited consideration.

In accordance with the Federal Rules of Civil Procedure, Rules 33 and 34, the Request for Production of Documents and Interrogatories were certified and mailed to Plaintiff Taylor on June 6, 2006. See copies attached. Taylor has failed to answer or otherwise respond thereto. As set forth in the Motion to Compel, the undersigned Attorney of Record has in good faith

attempted to comply with Fed. R. Civ. P. Rule 37. However, Mr. Taylor's telephone is "temporarily disconnected."

WHEREFORE, Defendants respectfully request that this Motion to Compel be granted, that they be awarded their attorney's fees and costs, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Memorandum by first class mail, postage prepaid, on this 10 day of July, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096