**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN A. ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

## INTERROGATORIES TO PLAINTIFF

## INTRODUCTION

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendants propound these Interrogatories to the Plaintiff, Thaddeus Taylor. Within thirty (30) days after service of these written Interrogatories, Plaintiff shall answer, under oath, the following questions. If Plaintiff cannot answer the following Interrogatories in full and complete detail after exercising due diligence to secure the information to do so, please so state and answer to the extent possible, stating whatever information or knowledge Plaintiff has concerning the unanswered portion.

If any question is objected to on any grounds, state such grounds completely, and if said question is only partially objectionable, answer the remainder of the question fully. Where

knowledge or information in possession of a party is requested, such a request includes knowledge of the parties, agents, representatives and, unless privileged, attorneys.

Whenever a company, corporation or other business entity is identified in answer to these Interrogatories, in addition to the name, the following information shall be furnished: (a) business address; (b) state of incorporation; (c) principal place of business; and (d) general nature of the businesses of the company or corporation, if known.

In addition to answering the information called for in each Interrogatory, provide the following information separately with respect to each Interrogatory answer: (a) identify each document used in answering the Interrogatory or upon which the Interrogatory answer is based, if not already identified in the answer; (b) state whether the answer is within Plaintiff's personal knowledge and, if not, state the names of the person or persons to whom the answer is a matter of personal knowledge; (c) when identifying a document, in addition to the specific means of identification requested in the Interrogatory, the following information shall also be furnished: (1) the author and identity of the person who prepared the document; (2) if published, its date of publication; (3) a summary of its contents; (4) its publisher, if any; (5) if not a publication, each person to whom copies were sent, delivered, given and/or disclosed; and (6) its present location and custodian or person who has possession or control over the document. Whenever identification of documents is called for in these Interrogatories, copies of the documents may be furnished to the extent that the requested information is provided in the document.

These Interrogatories shall be deemed continuing so as to require reasonable supplemental answers of the Plaintiff, agents, representatives or attorney, if any of them obtain further information between the time answers are served and the time of trial.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Set forth the full name of the person answering these Interrogatories and any other names by which you have been known; date of birth; social security number; marital status; residence address used during the past ten (10) years; business address and occupation during the past ten (10) years; and the name and occupation of any person assisting you in the preparation of these answers.

**INTERROGATORY NO. 2:** State the dates, places and description of education and vocational training, including high school, that the Plaintiff has received during his lifetime, including the years and hours of attendance at any university or college and any degrees received.

**INTERROGATORY NO. 3:** Identify by name, case number, and court each and every civil and criminal case (including arrests, if any) in which the Plaintiff has ever been named as a party, either as a plaintiff or a defendant, the name of the other party and, with particularity, state the substance of each and every case and the ultimate disposition. This includes worker's compensation claims.

**INTERROGATORY NO. 4:** As to each and every allegation and claim listed in the Complaint, please state fully and in detail the injuries and damages that you alleges you have suffered as a result of the alleged action(s) of Defendants or any agents or employees of RI DOC.

**INTERROGATORY NO. 5:** State the names, addresses and phone numbers of any and all persons whom you believe have any knowledge or information pertaining to the events complained of, their causes or consequences and the damages you claim to have suffered, and set

forth what knowledge or information you know or believe such person or persons have, and how such person or persons acquired such knowledge or information.

**INTERROGATORY NO. 6:** Do you allege or contend that Defendants knowingly and willfully engaged in racial discriminatory practices toward you? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 7:** Do you allege or contend that Defendants subjected you to cruel and unusual punishment? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO.8:** Do you allege or contend that Defendants discriminated against African-Americans and minorities? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 9**: Do you allege or contend that Defendants deprived you of access to the courts? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 10**: Do you allege or contend that Defendants deprived you of your right to practice your religious faith and/or failed to create and maintain baptist or protestant services? If your answer is yes, as to each allegation or contention, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 11:** Do you allege or contend that Defendants violated your rights under the Religious Freedom Restoration Act? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 12:** Do you allege or contend that Defendants engaged in retaliatory acts, harassment, threats and/or otherwise punished you for exercising your constitutional rights? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 13:** Do you allege or contend that Defendants knowingly and willfully housed you in hazardous living conditions and buildings? If your answer is yes, please state:

a. Each and every fact upon which you base that allegation or contention;

b. Identify the individuals allegedly responsible for causing or contributing to said discrimination and state in detail what each individual caused or contributed;

c. State the name and current or last known address of each and every witness or person with knowledge of the facts stated above, further stating in detail which facts each person witnessed or has knowledge of; and

d. Itemize in chronological order the nature and amount of each item of injury or damage claimed by you.

**INTERROGATORY NO. 14:** State the name, address, area of expertise and qualifications of any expert witness you have retained to testify on your behalf at trial in this civil action. With respect to each, please provide the following:

a. the subject matter on which the expert is expected to testify;

b. the facts and opinions to which each expert is expected to testify;

c. a summary of the grounds for each opinion of each expert;

d. all treatises, texts or articles relied upon by the expert in forming each such opinion; and

e. all tests, inspections, or experiments relied upon by the expert in forming each such opinion.

**INTERROGATORY NO.15:** If not fully set forth above, please describe in detail each and every conversation you had with any State employee or representative that concerns or relates to the allegations in your Complaint.

**INTERROGATORY NO. 16:** If not fully set forth above, identify all witnesses who have knowledge or information of the allegations in the Complaint and/or the information provided in your answers to these Interrogatories and state, with specificity and particularity, the knowledge or information as to which each witness can testify.

**INTERROGATORY NO. 17:** If not fully set forth above, please state the name of each person who shall or may testify as a witness at trial in this civil action, including a brief summary of expected testimony for each.

**INTERROGATORY NO. 18:** If not fully set forth above, please list each document that Plaintiff shall or may introduce at trial in this civil action, including the title, date, from and to whom, and a brief summary of each document.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Interrogatories by first class mail, postage prepaid, on this 6th day of June, 2006 to the following:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096