**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS,**
et al.

**ORDER**

This matter is before the Court on the motion of the defendants to compel the plaintiff to attend his deposition. The defendants had previously scheduled the deposition for June 27, 2006 at 10 A.M. and properly filed a Notice and served the plaintiff. Plaintiff, however, did not attend.

Accordingly, defendants' motion to compel is **GRANTED**. The plaintiff is hereby **ORDERED** to submit to a deposition on or before July 25, 2006 at the Rhode Island Department of the Attorney General, 150 South Main Street, Providence, Rhode Island. The defendants shall cause a Notice to be served on the plaintiff indicating the date and time. If the plaintiff fails to attend, defendants may, if they so desire, file any further motions that they deem appropriate as a result of the plaintiff's non–compliance, to include a motion to dismiss.

Furthermore, the defendants may submit a motion for the reimbursement for the costs incurred as a result of the plaintiff's failure to attend the June 27, 2006 deposition. See Fed.R. Civ.P. 37(d). Said motion shall be accompanied by any certified time records, as appropriate, for costs and/or attorney's fees incurred and shall be made on or before July 28, 2006.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 13, 2006