**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MOTION FOR ATTORNEY'S FEES AND COSTS**

Now come the Defendants, pursuant to Rule 37(d) of the Federal Court Rules of Civil Procedure and the Court's July 13, 2006 Order (Hagopian, SMJ) and hereby move that Plaintiff, Thaddeus Taylor to reimburse Defendants for all costs incurred as a result of the Plaintiff's failure to attend the June 27, 2006 Deposition. These costs total $1102.10. In support, Defendants submit the accompanying Memorandum of Law, Affidavit and attachments thereto.

WHEREFORE, Defendants respectfully request that this Motion for Attorney's Fees and Costs be granted; that they be awarded their attorney's fees and costs; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Motion by first class mail, postage prepaid, on this 28 day of July, 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS**

Defendants respectfully submit this Memorandum of Law in support of their Motion for Attorney's Fees and Costs. Plaintiff, Thaddeus Taylor, failed to appear for his Deposition noticed for Tuesday, June 27, 2006 at 10 a.m. Defendants then filed an Emergency Motion to Dismiss or, in the Alternative, Emergency Motion to Compel Attendance for Deposition. Consequently, the Honorable Court (Hagopian, SMJ) issued an Order dated July 13, 2006 ruling that Plaintiff's arguments for his failure to appear for deposition was "paltry", that Plaintiff was ordered to attend the deposition; and permitted Defendants leave to bring the instant Motion for Attorney's Fees and Costs.

In preparation for the June 27, 2006 Deposition, Defendant incurred various costs including the attendance and services of a Court Reporter and thereafter, attorney's fees relating

to time spent in preparation of various Court documents. See Affidavit of Thomas A. Palombo, Assistant Attorney General, and attachment thereto. Please note: *pro se* Plaintiff Taylor is not *In Forma Pauperus* in this civil action.

WHEREFORE, Defendants respectfully request that the Motion for Attorney's Fees and Costs be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Memorandum by first class mail, postage prepaid, on this 28 day of July 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096