**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.**
**Defendants.**

**AFFIDAVIT**

I, Thomas A. Palombo, Assistant Attorney General, hereby depose and state the following:

1. I am and have been a practicing member of the bar of this Honorable Court and the Supreme Court of Rhode Island since 1989. I am also a member of the bar of the Supreme Court of the United States, the United States Court of Appeals for the First Circuit; and a number of other Federal appellate and district courts;

2. I have served as an Assistant Attorney General or Special Assistant Attorney General continuously since 1991;

3. During the past fifteen (15) years, I respectfully state that I have developed a particular expertise in the defense of prisoner's rights litigation;

4. Attached hereto as Exhibit A is a detailed and contemporaneous statement of the time I expended in this civil action for which I seek attorney's fees;

5. I request an hourly rate of $250.00 per hour which, I respectfully submit, is fair and reasonable for an attorney of my years and expertise;

6. At the above rate, my attorney's fees total $975.00.

7. Please note, I do not seek these fees personally; instead, I ask that payment be made to the State of Rhode Island;

8. In addition, costs totaling $127.10 were incurred for the June 27, 2006 Deposition at which Plaintiff Taylor failed to appear and said costs are also set forth in Exhibit A;

9. The total amount of attorney's fees and costs requested are $1102.10.

I hereby affirm that the above is true and accurate to the best of my knowledge:

Thomas A. Palombo

Subscribed and sworn to before me this 28th day of July, 2006.

Notary Public
My Commission Expires: 12/15/2008