# EXHIBIT A

## Attorney's Fees:

| Date | Hours | Description |
|---|---|---|
| 6/8/2006 | | |
| | 0.2 | TC K. Kelly @ DOC |
| | 0.1 | Reviewed FRCP |
| | 0.1 | Drafted Notice of Deposition |
| | 0.2 | Copied Exhibit A (form doc. Request) |
| | 0.1 | Drafted USDC Notice |
| 6/27/2006 | 0.6 | Depo, wait for Mr. Taylor |
| | 0.1 | Statement on Record |
| | 0.1 | TC K. Kelly @ DOC |
| | 1.0 | Prep. Em. MTD alt Em. M/Compel Depo. |
| 7/14/2006 | 0.2 | Rvd. R&R and Order by Hagopian, SMJ |
| | 0.1 | Fax to K. Kelley @ DOC and TC K. Kelley |
| | 0.1 | Drafted Second Depo. Notice |
| | 0.1 | Drafted USDC Notice |
| | 0.1 | Meeting with Legal Asst. |
| 7/28/2006 | 0.2 | Drafted M/ Fees and Costs |
| | 0.2 | Drafted Memo M/Fees and Costs |
| | 0.4 | Drafted Affidavit and Attachment |
| **Total** | **3.9** | **@ $250 = $975.00** |

## Deposition Costs:

**$127.10** Court Reporter Services

**TOTAL: $1102.10**

CAPITOL
COURT REPORTING
931 Jefferson Blvd., Suite 2003 • Warwick, RI 02886
Tel: 401.739.3600 • Fax: 401.739.3665

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9906 | 07/17/2006 | 01-11712 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/27/2006 | LUSIER | 05-501S |
| **CASE CAPTION** | | |
| Thaddeus Taylor vs. Correctional Officer Woods | | |
| **TERMS** | | |
| Due upon receipt | | |

Thomas A. Palombo, Esq.
Rhode Island Department of the Attorney General
150 South Main Street
Providence, RI 02903

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Thaddeus Taylor

| | | |
|---|---|---|
| EXHIBITS | 6 Pages | 2.10 |
| REPORTER ATTENDANCE | | 125.00 |
| | **TOTAL DUE >>>>** | **127.10** |

Item# 5 - No Transcript

AX I.D. NO.: 05-0481819

(401) 274-4400 Fax (401) 222-2995

*Please detach bottom portion and return with payment.*

Thomas A. Palombo, Esq.
Rhode Island Department of the Attorney General
150 South Main Street
Providence, RI 02903

RECEIVED
JUL 20 2006
Dept. of Attorney General
Civil Division

Invoice No. : 9906
Date : 07/17/2006
**TOTAL DUE : 127.10**

Job No. : 01-11712
Case No. : 05-501S
Thaddeus Taylor vs. Correctional Off

Remit To: **CAPITOL COURT REPORTING, INC.**
**931 Jefferson Boulevard**
**Suite 2003**
**Warwick, RI 02886**

CP 136645C