**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**EMERGENCY MOTION TO DISMISS OR, IN THE ALTERNATIVE, EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

Defendants hereby move to dismiss this civil action for Plaintiff, Thaddeus Taylor's failure to respond to Defendants' Request for Production of Documents and failure answer Defendants' Interrogatories propounded on June, 6 2006. In the alternative, Defendants move to compel Plaintiff Taylor's Responses to Defendants' Request for Production of Documents and Answers to Defendants' Interrogatories. Because discovery closed on Monday, July 10, 2006, Defendants file these as Emergency Motions for expedited consideration.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted or, in the alternative, that the Plaintiff be ordered to respond to Defendants' Request for Production of Documents and provide answers to Defendants' Interrogatories; and that Defendants be awarded their attorney's fees and costs incurred hereon.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of these Emergency Motions by first class mail, postage prepaid, on this 28 day of July 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO DISMISS OR, IN THE ALTERNATIVE, EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

This Memorandum of Law supports Defendants' Emergency Motion to Dismiss or, in the alternative, Emergency Motion to Compel Plaintiff's Responses to Request for Production of Documents and Plaintiff's Answers to Interrogatories. Because discovery closed Monday, July 10, 2006, Defendants have filed this as an Emergency Motion for expedited consideration.

In accordance with the Federal Rules of Civil Procedure, Rules 33 and 34, the Request for Production of Documents and Interrogatories were certified and mailed to Plaintiff Taylor on June 6, 2006. Taylor has failed to answer or otherwise respond thereto. As set forth in the previously filed Motion to Compel, the undersigned Attorney of Record has in good faith

attempted to comply with Fed. R. Civ. P. Rule 37. However, Mr. Taylor's telephone was "temporarily disconnected." In addition, in a meeting after his recent deposition he refused to comply with discovery.

WHEREFORE, Defendants respectfully request that this Emergency Motion to Dismiss or, in the alternative, Emergency Motion to Compel Plaintiff's Responses to Request for Production of Documents and Plaintiff's Answers to Interrogatories be granted, that they be awarded their attorney's fees and costs; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of this Memorandum by first class mail, postage prepaid, on this 28 day of July 2006 to:

**Thaddeus Taylor,** ***pro se***
353 Elm Street
Windsor Locks, CT 06096