**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**VS.** **C.A. NO. 05-501S**

**CORRECTIONAL OFFICER WOODS, ETAL**

**ORDER**

This matter is before the Court on the "Defendants' Emergency Motion to Compel Plaintiff's Responses to Request for Production of Documents and Plaintiff's Answers to Interrogatories." Plaintiff has not timely objected.

Upon consideration of the motion and of Fed.R.Civ.P. 37, defendants' motion is granted. Plaintiff shall provide responses to the request for the production of documents and shall provide answers to the defendants' interrogatories within ten (10) days of the date of this order.

IT IS SO ORDERED.

Jacob Hagopian
Senior U.S. Magistrate Judge
Dated: July 31, 2006