UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR )
Plaintiff, )
v. ) C.A. No. 05-501S
CORRECTIONAL OFFICER WOODS, ET AL. )
Defendants. )

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on July 13, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/1/06