**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MOTION AND MEMORANDUM FOR EXTENTION OF TIME**

Now come Defendants and hereby respectfully request an extension of time for the filing of a Motion for Summary Judgment. Defendants seek up to and including thirty (30) days after Plaintiff Taylor serves his response to Defendants' Request for Production of Documents and Answers to Interrogatories (presently the subject of Emergency Motions), but no later than September 15, 2006, unless by further order of the Court.

As grounds, Defendants respectfully submit the following. Plaintiff Taylor has failed to provide documents and interrogatory answers served in early June 2006. His recent Deposition was fraught with refusals to answer questions, with invoking the Fifth Amendment and was other wise obstructionist. Respectfully, Defendants have been unable to determine why he is suing sixteen (16) named Defendants.

WHEREFORE, Defendants respectfully request an extension of time for the filing of a Motion for Summary Judgment up to and including thirty (30) days after Plaintiff Taylor serves his response to Defendants' Request for Production of Documents and Answers to Interrogatories (presently the subject of Emergency Motions), but no later than September 15, 2006, unless by further order of the Court.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Motion by first class mail, postage prepaid, on this 3rd day of August, 2006 to the following:

______________________________

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096