UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : C.A. No. 05-501S

v. :

Correctional OFFICER WOODS, ETAL Defendant. : August 3, 2006

MOTION FOR COURT DIRECTING DEFENDANTS TO ALLOW PLAINTIFF TO TAKE PHOTOGRAPHS OF HIGH SECURITY FACILITY INSIDE AND TO INTERVIEW INMATES
EMERGENCY MOTION; EXPEDITED

The Plaintiff Thaddeus Taylor, in his prose capacity, respectfully moves this honorable court for an order directing the defendants to allow the Plaintiff to Photograph necessary AREAS of the High Security Facility, including Housing units, Cells for the Purpose of Preparing for trial in this matter. Additionally, the Plaintiff moves the Court for an order allowing him to Interview all Inmate witness, witness(es), Inmate(s); at the High Security Facility to ascertain which witness(es) are willing to testify at trial and have personal knowledge of the facts, and the witness(es) that are not going to willfully testify and requires a Subpoena for trial.

The Plaintiff request that the Court grant such as soon as possible and direct the Defendant's Attorney to coordinate such on or about August 23, 2006 (week of) so that the Plaintiff could take Pictures as needed and Complete all Inmate witnesses, witnesses Interviews in one day.

The Plaintiff also submits that on August 3, 2006 he telephonically contacted Attorney Thomas Palombo to request he make such arrangements without a 'Court order' – however, he refused to do so and stated that he will not do anything without a 'Court order'.

Accordingly, the Plaintiff now moves this Court for such ORDER and files such as an EMERGENCY Motion in light of Trial DATES.

Respectfully Submitted,

Thaddeus Taylor

Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096
(860)292 8822

Certificate of Service

I certify that a copy of this motion was mailed to AAG Thomas Palombo, 150 South Main Street, Providence, RI 02903 on this 3rd August 2006 - Postage Prepaid

Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. NO. 05-501(S)

v. :

CORRECTIONAL OFFICER
WOODS, ET AL : AUGUST 3, 2006

MEMORANDUM OF LAW INSUPPORT OF PLAINTIFF'S MOTION TO ALLOW PHOTOGRAPHS OF HIGH SECURITY FACILITY And to Interview Inmate WITNESS(ES), WITNESSES AT THE FACILITY

BACKGROUND/FACTS: Plaintiff filed this lawsuit on or about February, 2005 the matter is scheduled for Jury trial. Several pending motions for Discovery and motions to Compel are pending. The Plaintiff Needs Photographs of the Facility, housing unit(S) to Prove his Case to the Jury, the Plaintiff also needs to interview inmate witness(es) and witness at the Facility to Adequately Prepare his Case for trial.

The Defendants' Attorney Thomas A. Palombo, refused to allow such absent a Court order... in a telephone Conversation on August 3, 2006. NO Stipulation have been reached.

LEGAL Ground: PLaintiff relies on his Right to have a fair trial and the ability to adequately present his case.

Accordingly, the Motion should be granted.

Respectfully submitted
[signature] PRO SE
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certification of Service

I Certify that a Copy of this motion was mailed to AAG Thomas Palombo, 150 South main street Providence, RI 02903

[signature] PRO SE
Thaddeus Taylor