UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Plaintiff, : C.A No. 05-501(S)

v.

Correctional officer Woods, et al, Defendants. : August 3, 2006

# MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS (RFRA & Fire sprinkler Claims)

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves the Court for an order granting him Summary Judgment against the defendants pursuant to Rule 56, F.R.Civ.P. as to the Plaintiff's Claims that (1) he was denied Protestant (Baptist) Church Services at the High Security Facility as a result of the defendants failure to hire or provide protestant pastor(s) to provide Religious services for the Plaintiff and the inmate Population at the High Security; (2) It was the Custom and Policy for the Defendants not to provide such Services at the High Security Facility; (3) The Plaintiff was subjected to unnecessary Risk of death by fire at the High Security Facility as a result of the defendants failure to install a "Fire sprinkler system" in the Plaintiff's cell, housing unit (A-pod) Protective Custody unit and throughout the entire High Security Facility; (4) Declaratory Judgment grant stating that the defendants Policy and Customs are unconstitutional as to claims (1),(2),(3),(4)

herein -- in that the defendants failure to provide Religious Services at the High Security Facility for Plaintiff violated his Constitutional Rights (STATE of Rhode, STATE of Connecticut and Federal) and the Defendants policy and custom of not immediately installing "fire sprinkler systems" inside the cells, housing units and throught the High Security Facility as a matter of law..to which the Plaintiff is entitled to damages.

Because there are no genuine issue(s) as to these claims.. the defendants admit(s) these actions.. the plaintiff is entitled to summary Judgment as a matter of Law, and so moves the Court for such order granting him Attorney fees, Costs, expenses and damages as to these claims as well.

Respectfully Submitted
[signature], pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096
TEL# (860) 292-6822

Certificate of Service

I Certify that a Copy of this Motion for Summary Judgment was mailed to AAG Thomas A. Palombo, 150 South main Street Providence. RI 02903 on this 3rd day, August. 2006. Postage Prepaid

[signature]
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. 05-501(S)

v. :

Correctional officer
Woods, et al : August 3. 2006

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RFRA & Fire Sprinkler Claim

Background/Facts: Plaintiff Thaddeus Taylor filed this civil Lawsuit (as amended) against the defendants. throughout the 'discovery process' the defendants have admitted that they did not have a Protestant Religious Services at the time the plaintiff was housed at the High Security Facility, and the that they did not have Fire Sprinklers System install at the High Security Facility at all.. (definitely not in inmate Cells, housing unit Areas).

Because their exist no genuine issue of material Fact(s) as to these Claims, the plaintiff Submits as a matter of Law he is entitled to Summary Judgment (In part) as to these Claims and related Cause of Actions in this matter.
Wherefore it is so moved (see motion)

Respectfully submitted
Thaddeus Taylor
Thaddeus Taylor
353 Elm Street
Windsor Locks CT 06096
TEL No (860) 292-6822

Certificate of Service

I Certify that a Copy of this MOL was mailed to AAG Thomas A. Palombo, 150 South main Street, Providence, RI 02903 on this 3rd day of August 2006 Postage pre paid.

Thaddeus Taylor
Thaddeus Taylor