UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. No. 05-501

v.

Correctional OFFICER : AUGUST 3. 2006
WOODS, ET AL :

PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER AND/OR APPEAL TO UNITED STATES DISTRICT JUDGE -- FOR Good CAUSE

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves this Court for Reconsideration of the Magistrate Judge's order dated July 31, 2006 directing him to provide responses to request for production of documents and answers to interrogatories within ten days... as a result of the Magistrate claim no (timely) objection was made. The Plaintiff however have objected to such and filed his own Motion to Compel (pending)... Upon Reconsideration, the Plaintiff moves the Court to vacate such order on the following grounds (1) a deposition was completed by order on July 24, 2006 of Plaintiff, (2) Defendants RI-Dept of Corrections possess all documents, records etc -- thus such motion to Compel was only meant to harass the pro se Plaintiff.

Alternatively, the Plaintiff Appeals to the United States District Judge to vacate order for the above reasons and in the interest of Justice.

Evidentiary Hearing Requested

Respectfully Submitted
[signature]
Thaddeus Taylor
953 Elm Street
Windsor Locks, CT 06096

Certification

I Certify that a copy of this Motion was mailed to AAG Thomas A. Palombo on this 3rd day of August, 2006 postage prepaid

[signature] pro se
Thaddeus Taylor