UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Thaddeus Taylor | : | C.A. NO. 05-501(S) |
| v. | : | |
| Correctional OFFICER WOODS, ETAL | : | July 30, 2006 |

PLAINTIFF OBJECTION TO DEFENDANTS EMERGENCY MOTION TO DISMISS OR EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiff Thaddeus Taylor, in the above captioned matter respectfully files his objection to the defendant's motion to Dismiss or Emergency Motion To Compel[1] for the following reasons the Plaintiff did not receive any documents from the defendants on June 6, 2006 ... however, the plaintiff did become aware of such in subsequent Pleadings filed by the defendants to which, are the subject of the Plaintiff's already filed 'OBJections' and the Plaintiff's motion to Compel the defendants to produce the very same documents they are asking the plaintiff to provide.

Because, this matter is already the

1 The plaintiff also objects to the defendants multiple filings of Motions to Dismiss attached to other Motions... in an effort to confuse the prose plaintiff. The Plaintiff request an Evidentiary hearing to establish the facts.

of the Plaintiff's motion to Compel the Defendant's and objections this motion should be denied as a duplicate filing... to the extend the Court needs to respond to such.. The Plaintiff respectfully submits that the defendants' Attorney is only engaging in 'bad faith' acts.. by asking the Court to order the plaintiff to produce the very same document(s) and Motion to Compel (May, 2006) the Plaintiff filed against the defendants. Moreover, the defendants and Rhode Island Department of Corrections are the only one with full access to the documents[1]

Because the defendants' motion(s) are being made in bad faith the should be denied.

Respectfully Submitted,

Thaddeus Taylor
Thaddeus Taylor pro se
353 Elm Street
Windsor Locks, CT 06096

Certificate of Service

I Certify that a Copy of this objection was mailed to the Defendant AAG Thomas Palombo, 150 South main street Providence RI 02903 on this 30th day of July, 2006.

Thaddeus Taylor
Thaddeus Taylor pro se

[1] The Plaintiff request the Court Conduct an evidentiary hearing and/or telephone Conference to Resolve this matter as soon as possible.