UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. NO. 05-501(S)

v. :

Correctional officer
Woods, ETAL : July 30, 2006

PLAINTIFF'S OBJECTION TO DEF.S' MOTION FOR ATTORNEY'S FEES AND COSTS

The PLAINTIFF Thaddeus Taylor, in the above captioned matter respectfully files his OBJection(s) to the Defendants Motion For ATTorney FEES AND COSTS for the June 27, 2006 Deposition ... First, the Plaintiff again raised the fact he did not receive 'Notice' of Such within a reasonable time .. and more importantly within the required timeframe allowed by the Rules of Federal Civil Procedures.. Although, the defendants' Attorney, Thomas A. Palombo, AAG represented to the Magistrate Judge he gave notice via 'Certified Mail' .. he knowingly and willfully failed to advise the Magistrate Judge that such Certified Mail was returned unserved by the Postmaster. (Pending also is the Plaintiff's appeal to the U.S. District Judge in this regard as well)



CAUSE this expense, not the plaintiff

The Plaintiff also objects to the Affidavit of Attorney Thomas Palombo... as being made in 'bad faith'.. its well known that this attorney does not make $250.00 per hour working for the state of Rhode Island.. it would be a total miscarriage of Justice to allow him to received extra money at a rate is not employed at.. as well the fact, he will be double paid (The STATE of Rhode Island Already paid him for his service.. Salary) Nothing in his affidavit indicated contrary thus, he should not be allowed to abuse the Court system.

Because the documents failed to prove that the defendants costs are direct related to this matter; and the defendants failed to provide proof of service of Notice of deposition 6/27/06 in a timely manner.. Costs and Attorney fees should be denied.

Respectfully Submitted

Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certificate of Service

I Certify that a copy of this objection was mailed to AAG Thomas Palombo, AAG, 150 South Main Street Providence, RI 02903, on this 30th day, of July 2006. Postage Prepaid

Thaddeus Taylor