UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No. 05-501(S)

v. :

CORRECTIONAL OFFICER
WOODS, ET AL : July 30, 2006

# PLAINTIFF'S MOTION FOR NEW/EXTENDED DISCOVERY Schedule; AND/OR MOTION TO REOPEN DISCOVERY

The Plaintiff Thaddeus Taylor in the above captioned matter Respectfully Moves the Court for a New Discovery Schedule and/or Moves the Court to Re-open Discovery for good cause.. Specifically, the Plaintiff have filed several Motions to Compel the defendant's to Comply with his production of Documents Request filed (5/2006) and Interrogatories to which the defendants failed to provide.. despite the fact representing to the Court they would do so.. Additionally, there are several other deposition(s) and documents necessary for trial.. and the Court today have not resolved these matters.. Accordingly, a new Discovery Schedule is necessary inorder to adequately Prepare this matter for trial. see MOL insupport of this motion.

Respectfully Submitted,

[signature]

Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Thomas A. Palombo, 150 South Main Street, Providence, RI 02903 on this 30th day of July, 2006.

[signature]

Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No. 05-501 S

v. :

Correctional OFFICER
WOODS, ET AL . July 30, 2006

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR NEW DISCOVERY Scheduling ORDER/REOPEN

Background:

The Court issued a scheduling order for Discovery to be completed on July 10, 2006 in this matter.. However, the plaintiff filed a Motion to Compel the defendant(s) to produce documents and Records for inspection, and to Answer Interrogatories to which the Court have not Responded to todate. (The defendants did however file a Response stating they would provide the documents but never did fully provide such) Additionally, there exist several outstanding discovery disputes that needs to be addressed and are the subject of additional 'Discovery' to Adequately prepare for Trial.

Accordingly, the plaintiff moves the Court for a 'New scheduling ORDER.'

Respectfully Submitted

[signature]

Thaddeus Taylor
353 ELM Street
Windsor Locks CT 06096

## Certificate of Service

I Certify that a copy of this MOL was mailed to Attorney Thomas Palombo, AAG 150 South main Street, Providence, RI 02903 on this 30th day. July, 2006. Postage Prepaid

Thaddeus Taylor, pro se