UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C. A. NO. 05-501(S)

v.

CORRECTIONAL OFFICER :
WOODS, ET AL : July 30, 2006

PLAINTIFF'S SECOND MOTION
TO COMPEL DEFENDANTS' TO PRODUCE
DOCUMENTS, LOGS, INVESTIGATIVE REPORTS

The Plaintiff Thaddeus Taylor, respectfully moves this Honorable Court for an order directing/compelling the defendants to immediately provide him with Certified Copies of the following documents/Records, in their possession and/or in the possession of Rhode Island DOC. This is the Second Motion to Compel that was filed (the first Motion have not been Acted on):

Specifically the plaintiff requests the Court direct the defendant(s) to produce the following records/documents:

(1) High Security Facility - Logbooks for the the year 2004, 2005, 2006 for A-pod; B pod; Main Control, Corridor Control, E-pod and F-pod; Captain Logbook;

(2) All Records files of Thaddeus Taylor (the plaintiff) from the Office of Inspection;

Population Management files; Special Investigation Unit Reports, Protective Custody files; Medical files; All Disciplinary Records and files; All Grievances and Formal Complaint; All Records/Reports Pertaining to Thaddeus Taylor transfer from Connecticut to Rhode Island DOC;

(3) All Records/Reports Pertaining to Rhode Island DOC employees feeding inmate(s) 'feces' and 'coverup' (2006)

(4) List of all inmates names and Inmate Identification Numbers that were housed in the protective custody unit "A Pod" and "E Pod" at the High Security Facility [2004, 2005, 2006] And current location if house within RIDOC;

(5) All Records of Maintenance of Air filters, Plumbling, Electrical, Fire Sprinklers, Fire dectors, WATER, heat for the High Security Facility for 2004, 2005, and 2006;

(6) Disciplinary files of All Named Defendant(s); Rhode Island DOC employees;

Respectfully Submitted,
[signature], Pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certificate of Service

I certify that a copy of the foregoing was mailed to Attorney Thomas. PALombo, 150 South Main Street, Providence, RI 02903 On this 30th July, 2006

[signature] Pro se
Thaddeus Taylor