UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. 05-501 (S)

v. :

Correctional Officer
Woods, ET AL : AUGUST 4, 2006

## PLAINTIFF'S OBJECTION TO DEF.S' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files this OBJection to the Defendants Motion for extension of time to file Summary Judgment Motions.

Specifically, the Court issued an order to which all Summary Judgment Motions shall be filed before August 10, 2006... the Court provided the defendants and the parties sufficient time to prepare all Summary Judgment Motions... the Defendants Motion for an extension of time at this time is being filed in 'bad faith' with the purpose of prolonging this lawsuit and causing additional expenses for the Pro se plaintiff... to which, the Court should not Allow.

Moreover, the plaintiff submits the defendants grounds for this extension.. (Their claim its necessary to obtain some documents from the Pro se plaintiff and Interrogatories) Are without merit, wholly.. In that, the defendants and their Attorney Already possess all of the documents inwhich they have asked the plaintiff to provide... plus, more ... additionally, the plaintiff on July 24, 2006 provided the defendants with the opportunity to ask all the necessary questions they wanted at the Court ordered deposition.. the plaintiff was deposed for approximately Five hours on that day... Accordingly, the defendants' excuse for not timely complying to the Court's order to have all Motions for Summary Judgment filed before August 10, 2006 Should not be extended whatsoever.

The plaintiff infact filed his motion for Summary Judgment in a timely manner.. the defendants also have now filed two motions to Dismiss the Lawsuit inwhich was Already <u>denied</u>; Any Summary Judgment motion would be meritless as well. Extension of Time should be, Denied.

Respectfully Submitted
[signature]
Thaddeus Taylor
853 Elm Street
Windsor Locks, CT 06096

<u>Certificate Service</u>

I Certify that a Copy of this motion was mailed to AAG Thomas PaLombo, 150 South main St, Providence, RI 02903, on this 4th day of August, 2006, Postage prepaid.

[signature], Pro se
Thaddeus Taylor