UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. No. 05-501(S)

v. :

CORRECTIONAL OFFICER
WOODS, ET AL : AUGUST 4, 2006

# PLAINTIFF'S MOTION TO SUPPRESS OR TO DISALLOW USAGE OF PLAINTIFF'S Deposition on July 24, 2006 - for Good Cause

The plaintiff Thaddeus Taylor, respectfully moves this Court for an order to suppress or to Disallow any usage for trial or other purposes the plaintiff's deposition on July 24, 2006 for Good Cause Showing.. Specifically, the Court Reporter failed to provide the Plaintiff with proof of certification at the time of the deposition, Also the Court Reporter also engaged in Conduct unbecoming of a Court Report.. in that she asked a question, Argued with the Plaintiff; Refused to Keep a accurate record for the deposition in that, She stated She will only put down what AAG, Thomas Palombo (Defendants attorney) tell her to put down. Defendants refused to allow the plaintiff to inspect the transcripts for Accuracy - Generally

Respectfully submitted
Thaddeus Taylor
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

Certification of Service

I Certify That a Copy of this motion was mailed to AAG Thomas Palombo, [illegible] 150 South Main Street, Providence, RI 02903 on this 4th day of August, 2006.

Thaddeus Taylor
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. 05-501 (S)

v. :

CORRECTIONAL OFFICER WOODS, ET AL : AUGUST 4, 2006

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SUPPRESS OR TO DISALLOW USAGE OF PLAINTIFF'S DEPOSITION

BACKGROUND: On July 24, 2006, the plaintiff was deposed at the Attorney General office in Providence, Rhode Island after the Court ordered the Plaintiff to attend such.

At the Deposition, the Court Reporter did not provide the Plaintiff with her Certification and stated she was working for someone else. The Court Reporter also failed to accurately record all records and engaged in inappropriate conduct -- stating she was only going to put with the defendants told her in the deposition.

LAW RELIED UPON: The Plaintiff and the Court must have an accurate record to rely upon - deposition all answers must be accurately recorded -- the July 24, 2006 deposition was not. Defendants also refused to allow Plaintiff to inspect such. Accordingly, the deposition should be suppress or disallowed for trial and all other proceeding for this reason.

Respectfully submitted
[signature]
Thaddeus Taylor
333 Elm Street
Windsor Locks, CT 06096

CERTIFICATE OF SERVICE

I Certify that a copy of this motion was mailed to AAG Thomas Palombo, 150 South Main Street, Providence, RI 02903, on this 4th day of August 2006.

[signature]
Thaddeus Taylor