UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No. 05-501(S)

v :

Correctional OFFICER
Woods, ETAL : AUGUST 4, 2006

## PLAINTIFF'S MOTION TO TRANSFER CASE TO Connecticut Jurisdiction

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves this Court for an order to transfer this matter to the United STATES District Court - District of Connecticut in the interest of Judicial economy. Specifically, the Plaintiff is a resident of connecticut -- several Defendants in this matter from Connecticut have yet to file their appearance in this matter and the Continued litigation of this matter in Rhode Island is burdensome on the Pro se Plaintiff..

Wherefore it is so moved.

Respectfully Submitted
[signature] Pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks CT 06096

Certification of Service

I certify that a copy of this Motion was mailed to AAG Thomas Palumbo, 150 South Main Street, Providence, RI 02903 on this 4th day of August 2006 postage prepaid.

[signature]
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. NO. 05-501(S)

v.

Correctional Officer :
Woods, etal

: AUGUST 4, 2006

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER JURSIDICTION TO CONNECTICUT

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files this Memorandum in support of his motion to Transfer Jursidiction to Connecticut Court...

Background/Fact: The Plaintiff is a Connecticut resident and several defendants are also from Connecticut (No Appearance To date). This lawsuit stems from the Plaintiff incarceration in Connecticut and a subsequent transfer to Rhode Island.

Grounds Relied upon: The court has the Authority to transfer this matter to Connecticut in the interest of Justice or Judicial economy.

The Plaintiff also submits that this Lawsuit being in Rhode Island is burdensome on him and Seriously effect his ability to Adequately litigate this matter

Respectfully Submitted
[signature] prose
Thaddeus Taylor

Certification of Service

I Certify that a copy of this motion was mailed to AAG Thomas Palombo, 150 South Main Street Providence, RI 02903, on this August 4, 2006 postage prepaid.

[signature] prose
Thaddeus Taylor