UNITED STATES DISTRICT COURT Copy

DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No. 05-501 (S)

v. :

Correctional OFFICER
Woods, ETAL : August 7, 2006

## MOTION FOR DEFAULT JUDGMENT AGAINST STATE OF Connecticut DEFENDANTS--- FAILURE to ANSWER

The Plaintiff Thaddeus Taylor, in the above captioned matter Now moves this Honorable Court For An ORDER granting him DEFAULT Judgment against Defendants Connecticut Department of Corrections, THERSA LANTZ, LYNN MILLINGS and DENNIS JONES for failure to Answer the Complaint and Appear in this matter.

The above defendants were served; as well the Plaintiff advised Assistant Attorney General Steven Strom of such Lawsuit on behalf of the STATE OF Connecticut.

Wherefore it is so moved.

Respectfully Submitted,
[signature]
Thaddeus Taylor Pro se
353 Elm Street
Windsor Locks, CT 06096

Certification of Service

I certify that a copy of this motion was mailed to AAG, Steven Strom, 55 Elm Street, Hartford CT 06141.
And AAG, Thomas Palombo, 150 South Main Street, Providence RI 02903 on this 7th day of August, 2006. Postage prepaid.

[signature]
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C. A. No. 05-501(S)

v. :

Correctional Officer
Woods, ET AL : AUGUST 7, 2006

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST Connecticut DEFENDANTS -- failure to Answer

Background/Facts: The plaintiff served the Connecticut defendants Connecticut Department of Corrections, Theresa Lantz, Lynn Millings and Dennis Jones with a Copy of the Complaint; and also Communicated with Assistant Attorney General Steven Strom (CT-defendants Attorney) advising him of this Lawsuit and their failure to Answer.. 2005 & 2006. Today, they have not filed their Answer.

LEGAL Ground Relied upon: The Connecticut Defendants Connecticut Department of Corrections, Lantz, Millings and Dennis Jones failed to file their Answer to the Complaint. The Court Inherent Authority to timely litigate these matters. Plaintiff respectfully Submits and Request the Court Order that Default Judgement be entered against the above Connecticut Defendants in favor of the Plaintiff and award All Costs, Expenses and Damages.

Respectfully Submitted
[signature] pro se
Thaddeus Taylor
357 Elm Street
Windsor Locks, CT 06096

Certification of Service

I Certify that a Copy of this Mot. was mailed to AG Richard Blumenthal, 55 Elm Street Hartford CT 06171 (AAG Steven Strom CT) AAG, Thomas Palombo, 150 South Main Street, Providence, RI 02903, on this August 7, 2006.

[signature], pro se
Thaddeus Taylor