**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MOTION FOR EXTENSION OF TIME**

Now comes the undersigned and hereby moves for an extension of time on behalf of Assistant Attorney General Thomas A. Palombo and states that I am Attorney Palombo's Supervisor and that he is out of State on vacation and has been unable to review the following Motions filed by Plaintiff in the above-entitled matter.

- Motion for Summary Judgment Against Defendants.
- Motion for Court Directing Defendants to Allow Plaintiff to Take Photographs of High Security Facility.
- Plaintiff's Motion for Reconsideration of Order and/or Appeal to United States District Judge for Good Cause.
- Plaintiff's Motion for New/Extended Discovery Schedule and/or Motion to Reopen Discovery.

- Plaintiff's Second Motion to Compel Defendants to Produce Documents, Logs, Investigative Reports.

- Plaintiff's Motion to Suppress or to Disallow Usage of Plaintiff's Deposition on July 24, 2006 for Good Cause.

- Plaintiff's Motion to Transfer Case to Connecticut Jurisdiction.

As grounds, the undersigned states that Attorney Palombo is court excused and out of State on vacation, returning on August 23, 2006 and needs the additional time to respond. (A copy of the approved Petition for Excusal is attached).

WHEREFORE, the undersigned respectfully requests that his Motion be granted and that Defendants be given up to and including September11, 2006 to file their responses to said motions.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ James R. Lee*

______________________________

JAMES R. LEE, No. 4305
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2314
FAX: (401) 222-2995
jlee@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Motion by first class mail, postage prepaid, on this 9th day of August, 2006 to the following:

*/s/ James R. Lee*

______________________________

**Thaddeus Taylor*, pro se***
353 Elm Street
Windsor Locks, CT 06096