UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: THOMAS A. PALOMBO, ASSISTANT ATTORNEY GENERAL

## PETITION FOR EXCUSAL

Now comes Petitioner, THOMAS A. PALOMBO, a practicing member of the Bar of the State of Rhode Island and the U.S. District Court for the District of Rhode Island, and hereby petitions this Honorable Court to be excused from Court appearance for the time period August 3, 2006 to August 22, 2006. Respectfully, Petitioner states that he is planning a family vacation during this time period.

One case may be scheduled for trial or hearing during that period of time and the undersigned has written separately to Judge Smith for his guidance in the matter.

Respectfully submitted,

T.A. Palombo

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Ext. 2296
(401) 222-2995

Let Order enter granting the within Petition:

ENTER: ____________________
Chief Judge

ORDER: ________________

Dated: ____________________

GRANTED except as to any emergency matters that may occur during the period of the excuse.

Ernest C. Torres, Chief, U.S. District Judge
Date: 7/21/06 By ____________

OK RRL

OK MML

OK WES