UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No. 05-501(S)

v :

Correctional OFFICER
Woods, ETAL . August 11, 2006

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME, INWHICH TO FILE Summary Judgment

The Plaintiff Thaddeus Taylor, in the above Captioned matter respectfully files with this Court this OBJection, to the defendants Motion For an Extension OF TIME Inwhich to file their Summary Judgment Motion. The Court in 'May' issued a Scheduling order that setforth all Summary Judgment Motions Shall be filed before August 10, 2006.. The defendants Motion is being made in 'bad faith'. (defendants have access to all documents & facts.. the real reason he Moved for an Extention of time was because he wanted to go on vacation) Accordingly, Such Motion Should be denied and the defendants prevented from filing and further Motions for Summary Judgment at this time.

Respectfully Submitted
[signature] pro se
Thaddeus Taylor
353 Elm Street
[illegible], CT 06[illegible]

Certificate of Service
I certify that a Copy of this Motion was Mailed to Attorney James Lee & Thomas Palombo, 150 South Main Street, Providence, RI 02903, on this 11th August, 2006

[signature] pro se
Thaddeus Taylor