UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor ; C.A. No. 05-501(S)

v. ;

Correctional OFFICER
Woods, ET AL ; August 11, 2006

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO TIMELY RESPOND TO ALL FILED MOTION (LEE)

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files this objection to the defendants' MOTION FOR AN EXtension OF TIME TO RESPOND TO The Plaintiff's Motions in a timely manner. Specifically, the defendants are represented by the Attorney General office, STATE of Rhode Island.. and have sufficient attorneys to cover for Attorney Palombo..and ensure that all motions are timely Responded to.. without any delays. Furthermore, Attorney James Lee, could timely respond to All the Pending motions to assist Attorney Palombo, if such was a scheduled vacation..such should not be Allowed to delay these proceedings at all. Additionally, the defendants' chose not to try to settled these matters..not the Plaintiff; thus they should be required to go forward to trial without delays.

Attorney James Lee, apparently had sufficient knowledge of Attorney Palombo's vacation schedule and should have made the appropriate Arrangments to cover for him in this matter.

For all the above reasons the Defendants' motion should be denied.

Respectfully Submitted
[signature] prose
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

## Certification of service

I certify that a copy of this motion was mailed to Attorneys James Lee, and Thomas Palombo, Attorney General office, 150 South main street, Providence, RI 02903 on this 11th day of August, 2006 postage prepaid

[signature] prose
Thaddeus Taylor