**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**EMERGENCY MOTION TO DISMISS OR, IN THE ALTERNATIVE, EMERGENCY MOTION TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

Defendants hereby move to dismiss this civil action for Plaintiff, Thaddeus Taylor's failure to respond to Defendants' Request for Production of Documents and failure answer Defendants' Interrogatories propounded on June, 6 2006. In the alternative, Defendants move to compel Plaintiff Taylor's Responses to Defendants' Request for Production of Documents and Answers to Defendants' Interrogatories. Because discovery closed on Monday, July 10, 2006, Defendants file these as Emergency Motions for expedited consideration.

**ORDER**

To the extent the defendants have filed this motion to compel the plaintiff to respond to discovery requests, said motion is DENIED. This Court has already granted a motion to compel the same discovery requests on July 31, 2006.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: August 15, 2006