**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**V.** **C.A. NO. 05-501 S**

**CORRECTIONAL OFFICER WOODS, ET AL**

**ORDER**

**Upon consideration of Defendants' Motion for an Extension of Time to File a Motion For Summary Judgment, said motion is GRANTED. Defendants shall file their motion for summary judgment no later than September 15, 2006.**

**ENTER:**

**PER ORDER:**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: August 15, 2006**