**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MOTION FOR EXTENSION OF TIME**

Now comes the undersigned and hereby moves for an extension of time on behalf of Assistant Attorney General Thomas A. Palombo and states that I am Attorney Palombo's Supervisor and that he is out of State on vacation and has been unable to review the following Motions filed by Plaintiff in the above-entitled matter.

- Motion for Summary Judgment Against Defendants.
- Motion for Court Directing Defendants to Allow Plaintiff to Take Photographs of High Security Facility.
- Plaintiff's Motion for Reconsideration of Order and/or Appeal to United States District Judge for Good Cause.
- Plaintiff's Motion for New/Extended Discovery Schedule and/or Motion to Reopen Discovery.

**ORDER**

Granted. Time enlarged to Sep 11, 2006

[signature]

Jacob Hagopian
Senior U.S. Magistrate Judge Date: 8.18.06