**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER**

Now come Defendants and, pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby move to dismiss this civil action for Plaintiff Taylor's failure to comply with the Court Order dated July 31, 2006, requiring him to provide responses to Defendants' Request for Production of Documents and Interrogatories propounded on June, 6 2006. In support hereof, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Motion to Dismiss by first class mail, postage prepaid, on this 28th day of August 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**vi.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER**

This Memorandum of Law Supports the Motion to Dismiss filed by Defendants for Plaintiff Taylor's failure to comply with the ten (10) day Court Order dated July 31, 2006, requiring him to provide responses to Defendants' Request for Production of Documents and answers to Interrogatories. See Exhibit A – Order dated July 31, 2006 (Hagopian, SMJ).

Defendants propounded a Request for Production of Documents and Interrogatories on Plaintiff Taylor on June 6, 2006. He has refused to provide any documents or any answers. This refusal is intentional on Taylor's part. In response to the Court's July 31, 2006 Order, Taylor has stated that he refuses to provide documents because the R.I. DOC has all the documents and refuses to provide answers to Interrogatories because his Deposition has been taken. See Exhibit B – Plaintiff's Response to Defendants' Request for Production of Documents and

Interrogatories pursuant to Court Order dated July 31, 2006. In the Report and Recommendation dated August 15, 2006, the Court stated "if Plaintiff fails to comply with that Order [7-31-06], Defendants may re-file the Motion to Dismiss." See Exhibit C – Report and Recommendation dated August 15, 2006, page 2 (Hagopian, SMJ).

Because of Plaintiff's Taylor repeated failure and refusal to provide responsive documents and interrogatory answers, notwithstanding a Court Order requiring him to do so, Defendants respectfully request that their Motion to Dismiss be granted.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Memorandum by first class mail, postage prepaid, on this 28th day of August 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*