COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor C. A. No. 05-501 (S)

v.

Correctional OFFICER Woods, ET AL

RECEIVED
AUG 07 2006
Dept. of Attorney General
Civil Division

August 3, 2006

PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES PURSUANT to Court ORDER 7/31/06

The Plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned matter respectfully submits his Response(s) to the defendants' Requests for Productions and Interrogatories as was ordered on 7/31/06 (Reconsideration & Motion to vacate Pending) as follows: [OBJECT TO ALL]

(1) Request for Production of Documents: OBJECTS to All. Defendants Possess all Documents; Request Meant to harass the pro se Plaintiff

(2) Interrogatories and requests: OBJECTS to All further questions. (as asked and Answered all Questions at Court ordered Deposition on July 24, 2006 Defendants Motion designed to harass Pro se plaintiff.

Respectfully submitted
[signature] pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

cc: file

EXHIBIT B