UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

v. C.A. No. 05 - 501 S

CORRECTIONAL OFFICER WOODS,
et al.

## REPORT AND RECOMMENDATION

Jacob Hagopian, Senior United States Magistrate Judge

This matter is before the Court on the "Emergency Motion to Dismiss" filed by the defendants due to the plaintiff's failure to respond to a request for the production of documents and plaintiff's failure to respond to interrogatories. Plaintiff has objected thereto. This matter has been referred to me for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(b). For the reasons that follow, I recommend that the defendants' motion to dismiss be denied.

### Discussion

Plaintiff commenced this action by filing a Complaint on December 1, 2005. The Court thereafter entered a Pretrial Order setting the discovery closure date of July 10, 2006, with dispositive motion due on or before August 10, 2006. On June 6, 2006, the defendants served on the plaintiff a Request for Production of Documents and Interrogatories(hereinafter referred to



EXHIBIT C

as "discovery requests"). Plaintiff, however, failed to respond to the defendants' discovery requests.

On July 10, 2006, defendants filed an "Emergency Motion to Compel" a response to the discovery requests. Having determined that no emergency existed, the Court held the matter to provide the plaintiff an opportunity to timely respond to the motion. Plaintiff, however, did not timely file a response. Accordingly, I issued an Order, granting the defendants' motion to compel on July 31, 2006. In the Order, I gave the plaintiff ten days to comply.

On July 28, 2006, defendants filed the instant motion to dismiss, based upon the plaintiff's failure to respond to the discovery requests. Since this Court recently Ordered the plaintiff to respond to the discovery requests, I am declining to recommend dismissal at this time. Plaintiff will be given the opportunity afforded to him in the July 31, 2006 Order to comply with that Order. However, if plaintiff fails to comply with that Order, defendants may re-file the motion to dismiss.

**Conclusion**

For the reasons stated above, I recommend that the defendants' motion to dismiss be denied. Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed. R. Civ. P. 72(b); LR Cv 72(d). Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district

court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
August 15, 2006