UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THADDEUS TAYLOR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL OFFICER WOODS, )<br>ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 05-501S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 15, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion to Dismiss is DENIED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 9/6/06