UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THADDEUS TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER WOODS, ET AL.<br><br>Defendants. | ) | C.A. No. 05-501S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 15, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/6/06