UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C. A. No. 05-501

v. :

Correctioner Officer : SEPTEMBER 1, 2006
WOODS, ET AL

# PLAINTIFF'S OBJECTION TO DEFENDANT MOTION TO DISMISS

The Plaintiff Thaddeus Taylor, respectfully files with this Honorable Court his OBJection to the Defendant's motion to Dismiss -- claiming the Plaintiff failed to Comply with the Court order... Specifically, the Prose Plaintiff did infact Comply with the court's order -- inthat he provided his response(s) in the format he believed is Correct.. The plaintiff objected to the Defendant's MOTION TO Dismiss and respectfully request a hearing.

Respectfully Submitted,
[signature], prose
Thaddeus Taylor
353 Elm street
windsor locks, CT 06096

Certificate

I certify that a Copy of this motion was mailed to Attorney Thomas A. Palombo, AAG 150 South Main Street, Providence, RI 02903 on this 1st day of September, 2006.

[signature]
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. No. 05-501

v. :

Correctioner Officer : SEPTEMBER 1, 2006
WOODS, ET AL

PLAINTIFF'S OBJECTION TO DEFENDANT MOTION TO DISMISS

The Plaintiff Thaddeus Taylor, respectfully files with this Honorable Court his OBJection to the Defendant's motion to Dismiss -- claiming the Plaintiff failed to Comply with the Court order. Specifically, the prose Plaintiff did infact Comply with the Court's order -- in that he provided his response(s) in the format he believed is Correct.. The plaintiff objected to the Defendant's Motion to Dismiss and Respectfully request a hearing.

Respectfully Submitted,
[signature] prose
Thaddeus Taylor
350 Elm Street
Windsor Locks, CT 06096

Certificate

I certify that a Copy of this motion was mailed to Attorney Thomas A Palombo AG 150 South Main Street, Providence, RI 02903 on this 1st day of September, 2006.

[signature]
Thaddeus T.