**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS**

Now come the State Defendants and hereby object to Plaintiff Taylor's Motion for Summary Judgment against Defendants (RFRA and Fire Sprinkler Claims). In support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Honorable deny Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**vi.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS**

This Memorandum of Law supports Defendants objection to Plaintiff Taylor's Motion for Summary Judgment against Defendants. Rule 56 requires no genuine issue of material fact. Plaintiff has failed to establish same as to his religion claims and his fire sprinkler claim and, also, has failed to comply with Local Rule 56 by submitting a Statement of Undisputed Facts. Defendants deny that Taylor's religious rights were violated. Moreover, no Federal or State law requires fire sprinklers throughout the High Security Center.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff's Taylor's Motion for Summary Judgment against Defendants.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
____________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*
____________________________