**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR COURT DIRECTING DEFENDANTS TO ALLOW PLAINTIFF TO TAKE PHOTOGRAPHS OF HIGH SECURITY FACITLITY**

Now come the State Defendants and hereby object to Plaintiff Taylor's Motion for Court Directing Defendants to Allow Plaintiff to Take Photographs of High Security Facility Inside and to Interview Inmates – Emergency Motion Expedited. In support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff's Motion.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**vi.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR COURT DIRECTING DEFENDANTS TO ALLOW PLAINTIFF TO TAKE PHOTOGRAPHS OF HIGH SECURITY FACITLITY**

This Memorandum of Law supports Defendants objection to Plaintiff Taylor's Motion for the Court to Direct Defendants to Allow Plaintiff to Take Photographs of High Security Facility and Interview Inmates. Defendants object on grounds of undue burden and institutional security. Moreover, discovery has closed in this civil action. Respectfully, should the Court be inclined to grant Taylor's Motion, in whole or in part, Defendants request a hearing prior thereto.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff's Motion.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*s/ Thomas A. Palombo*