**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v. C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER AND/OR APPEAL TO UNITED STATES DISTRICT JUDGE – FOR GOOD CAUSE**

Now come the State Defendants and hereby object to Plaintiff Taylor's Motion for Reconsideration of Order and/or Appeal to United States District Judge – For Good Cause. In support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff's Motion for Reconsideration and or appeal of the July 31, 2006 Order.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**vi.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER AND/OR APEAL TO UNITED STATES DISTRICT JUDGE – FOR GOOD CAUSE**

This Memorandum of Law supports Defendants objection to Plaintiff Taylor's Motion for Reconsideration of Order and/or Appeal to United States District Judge – For Good Cause. The subject Order, dated July 31, 2006, grants Defendants Motion to Compel and requires Plaintiff to produce documents and answers to Interrogatories. Today is September 11, 2006, and Plaintiff still has produced no documents or answers.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff's Motion for Reconsideration and/or Appeal of the July 31, 2006 Order.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 11th day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*
______________________________