**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**SECOND MOTION FOR EXTENSION OF TIME AND PRETRIAL ORDER DATES**

The State Defendants hereby respectfully request a second extension of time for the filing of a dispositive motion in this civil action. Defendants seek up to and including thirty (30) days after Plaintiff Taylor serves his response to Defendants' Request for Production of Documents and Answer to Interrogatories (presently the subject of a Motion to Dismiss based on the Court's July 31, 2006 Order), but no later than October 19, 2006, unless by further order of the Court.

WHEREFORE, Defendants respectfully request that the Honorable Court grant this Motion for Extension of Time; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Motion by first class mail, postage prepaid, on this 13th day of September, 2006 to the following:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

## MEMORANDUM OF LAW IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME AND PRETRIAL ORDER DATES

This Memorandum of Law supports the State Defendants Second Motion for Extension of Time and Pretrial Order dates. As grounds, Defendants respectfully submit the following.

First, Plaintiff Taylor has failed to provide documents and interrogatory answer served in early June 2006. He was ordered to do so by the Court's July 31, 2006 Order. This matter is the subject of Defendants' pending Motion to Dismiss for Violation of Court Order. In addition, Taylor's July 24, 2006, Deposition was fraught with refusals to answer questions, with invoking the Fifth Amendment, and was other wise obstructionist. Accordingly, Defendants have been unable to determine why Taylor is suing sixteen (16) named Defendants.

Second, Taylor has filed two (2) complaints against the undersigned Attorney of Record, one with the Disciplinary Counsel of the Supreme Court and one with the Attorney General. The undersigned is being required to answer both complaints, and is presently expending a considerable amount of time and effort in order to fully and fairly respond thereto.

Finally, respectfully, other cases and matters, including a date certain Superior Court trial next week, are requiring more immediate attention at this time.

For the reasons set forth, Defendants respectfully request that the Honorable Court grant an extension of time for the filing of a dispositive motion in this civil action up to and including thirty (30) days after Plaintiff Taylor serves his response to Defendants' Request for Production of Documents and Answer to Interrogatories (presently the subject of a Motion to Dismiss based on the Court's July 31, 2006 Order), but no later than October 19, 2006, unless by further order of the Court; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Memorandum by first class mail, postage prepaid, on this 13th day of September, 2006 to the following:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*