UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. 05-501 S

v :

CORRECTIONAL OFFICER
WOODS, ETAL : September 8, 2006

# MOTION FOR SUMMARY JUDGMENT AGAINST RHODE ISLAND DEFENDANTS NO GENUINE ISSUES OF MATERIAL FACTS

The Plaintiff Thaddeus Taylor, respectfully moves this Court for Summary Judgment against the defendant(s) in this matter... in specific the defendants do not disagree that there are no 'fire sprinklers' in the housing units at the High Security Facility... and to date they have failed to install such.. Accordingly, there is sufficient evidence to grant the plaintiff claims that they subjected him to risk of death by fire, as a result of such. Additionally, the defendants do not disagree that for six months they failed to provide the plaintiff with access to a 'Baptist' or protestant pastor -- Religious Services. Additionally, its undisputed that the defendants have a policy and custom not to hire Religious Services staff -- to insure all inmates in the

Care and Custody of the Defendants (RIDOC) are given access to Religious Services. Because there are no disputes as to these facts; and the law the plaintiff Now moves the Court for Summary Judgment as to these aspects and Related Claims -- to which damages and Injunctive relief should be granted. Wherefore it is so moved.

Thaddeus Taylor, pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT
06096

Certificate

I Certify that a Copy of this Summary Judgment Motion was mailed to Attorney Thomas Palumbo, 150 South main Street, Providence RI 02903 on this 8th day of September, 2006.

Thaddeus Taylor pro se
Thaddeus Taylor