UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. 05-501 S

v.

CORRECTIONAL OFFICER : SEPTEMBER 8, 2006
WOODS, ETAL

# PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files this OBJection to the Defendants' MOTION TO DISMISS FOR Failure to Comply WITH COURT ORDER dated August 28, 2006.

Specifically, the Plaintiff Submits that he did infact Comply fully with the Court's Order and did timely file his response(s) to the defendants' Interrogatories and Production Request -- to which he objected to for the reasons setforth in each.

Moreover, the Plaintiff requests a hearing on the Objection(s) under the Practice Book.

Accordingly, the defendants Motion should be denied.

Respectfully Submitted,

[signature]

Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

## Certification

I Certify that a copy of this Motion was mailed to attorney Thomas Palombo 150 South Main Street, Providence, RI 02903 on this 8th day of September, 2006.

[signature] pro se