**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**SECOND MOTION FOR EXTENSION OF TIME AND PRETRIAL ORDER DATES**

The State Defendants hereby respectfully request a second extension of time for the filing of a dispositive motion in this civil action. Defendants seek up to and including thirty (30) days after Plaintiff Taylor serves his response to Defendants' Request for Production of Documents and Answer to Interrogatories (presently the subject of a Motion to Dismiss based on the Court's July 31, 2006 Order), but no later than October 19, 2006, unless by further order of the Court.

WHEREFORE, Defendants respectfully request that the Honorable Court grant this Motion for Extension of Time; and such other and further relief as justice may require.

**ORDER**

DENIED, as moot. The Court extended the discovery deadlines on September 19, 2006.

Jacob Hagopian
Senior Magistrate Judge
Date: September 19, 2006