**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**V.** **C.A. NO. 05-501 S**

**CORRECTIONAL OFFICER WOODS, ET AL**

**ORDER**

This matter is before the Court on the Motion of the *Pro Se* Plaintiff, Thaddeus Taylor, to extend the time for Discovery. Defendants have objected.

Upon consideration of the motion, and of the objection, Plaintiff's motion is **GRANTED**:

1. All factual discovery shall close on October 19, 2006.

2. Expert witnesses shall be disclosed on or before October 31, 2006. Any expert not disclosed by this date will not be permitted to testify unless authorized by the Court.

3. Dispositive motions shall be filed on or before October 31, 2006.

4. Pre-trial memoranda shall be filed thirty (30) days after any decision on a dispositive motion, or if no dispositive motions are filed, thirty (30) days after close of discovery.

**All other matters discussed in the Pre-Trial Order issued on May 2, 2006, remain in force and in effect.**

**ENTER:**

[signature]

**PER ORDER:**

[signature]

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: September 19, 2006**