**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**V.** **C.A. NO. 05-501 S**

**CORRECTIONAL OFFICER WOODS,**
**ET AL**

# ORDER

This matter is before the Court pursuant to several motions filed by the pro se plaintiff:

1. On July 3, 2006, Plaintiff filed a Motion to Compel the Defendants to Answer Interrogatories and Produce Documents. See Dckt # 39. Defendants have objected to the motion. After consideration of the motion, and of the objection, Plaintiff's motion to compel is **DENIED**. Plaintiff has failed to comply with Local Rule Cv. 37(a) (A motion to compel a further response to an interrogatory, request for production, or request for admission, shall state the interrogatory or request, the response made, if any, and the reason why the movant maintains a response is inadequate.).

2. On August 8, 2006, Plaintiff filed a Second Motion to Compel Defendants to Produce Documents, Logs and Investigative Reports. See Dckt # 58. Defendants have objected to the motion. Upon consideration of the motion, and of the objection, Plaintiff's motion to compel is **DENIED**. See id.

3. On August 9, 2006, Plaintiff filed a Motion to Suppress or Disallow Usage of His Deposition, which apparently was taken on July 24, 2006. See Dckt # . 60. Defendants have objected thereto. Upon consideration of the motion and the objection, Plaintiff's Motion to Suppress is **DENIED**. No factual or legal basis exists to disallow the usage of the deposition.

4. On August 9, 2006, Plaintiff filed a Motion To Transfer Case to Connecticut. See Dckt # 61. Defendants have objected. Upon consideration of the motion, and of the objection thereto, Plaintiff's motion is **DENIED**. Plaintiff chose to file this matter in this jurisdiction and has pursued this matter diligently as have the Defendants. It would be a waste of resources to transfer this case to Connecticut at this stage of the litigation. Moreover, it does not appear that the Connecticut has jurisdiction over any of the Rhode Island Defendants.

**ENTER:**

**PER ORDER:**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: September 19, 2006**