**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' OBJECTION TO PLAINTIFF'S APPEAL TO U.S. DISTRICT JUDGE OF MAGISTRATE JUDGE'S DECISION TO GRANT DEFENDANTS' FEES AND COSTS**

Now come the State Defendants and hereby object to Plaintiff Taylor's Appeal to the U.S. District Judge of the Magistrate Judge's Decision to Grant Defendants' Fees and Costs. In support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Honorable Court deny Plaintiff Taylor's Appeal to the U.S. District Judge of the Magistrate Judge's Decision to Grant Defendants' Fees and Costs.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Objection by first class mail, postage prepaid, on this 21st day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,**
**Plaintiff,**

**v.** **C.A. No. 05-501 S**

**CORRECTIONAL OFFICER WOODS, CORRECTIONAL OFFICER OLIVER LT. WILIAM GALLIGAN, LT. DOYLE, CAPTAIN ARNOLD ANDERSON, DEPUTY WARDEN DONNA COLLINS, WARDEN JAMES WEEDEN, AARON ALDRICH, DIRECTOR ASHBEL T. WALL, ATTORNEY PATRICIA A. COYNE-FAGUE, ATTORNEY KATHLEEN KELLY, JAKE GADSDEN, ASSISTANT DIRECTOR, CORRECTIONAL OFFICER PIERCE, CORRECTIONAL OFFICER BLAIN, CORRECTIONAL OFFICER CALISE, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, COMMISSIONER THERSA LANTZ, LYNN MILLINGS, DENNIS JONES, JOHN DOES**
**Defendants.**

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S APPEAL TO U.S. DISTRICT JUDGE OF THE MAGISTRATE JUDGE'S DECISION TO GRANT DEFENDANTS' COSTS**

This Memorandum of Law supports the State Defendants' Objection to Plaintiff Taylor's Appeal to U.S. District Judge of the Magistrate Judge's Decision to Grant Defendants' Fees and Costs.

On September 5, 2006, Senior United States Magistrate Judge Hagopian granted, in part, Defendants' Motion for Attorneys Fees and Costs. The Magistrate Judge ruled that the "fees charged by the stenographer are what they are, and more importantly, properly documented by defendants." He also found that "a flat fee award of $250.00 as attorney's fees is appropriate here." Accordingly, Taylor was ordered to reimburse the State the sum of $377.10.

Respectfully, the Magistrate Judge is incorrect to state that an award of reasonable attorney's fees to a government attorney is, in any way, dependent on "actual hourly rate."[1] Nonetheless, given Taylor's *pro se* status and the litigious and, unfortunately, *ad hominem*,[2] history of this litigation, Defendants do not challenge the award. Here, costs were incurred that should not have been and hours of the undersigned's time were, quite simply, wasted. Accordingly, in this case, the award of $377.10 is fair and reasonable and should be upheld.

For these reasons, respectfully, the instant Appeal is without merit and should be denied. In addition, the State Defendants ask that the Honorable Court order Plaintiff Taylor to pay the $377.10 to the State Treasury, or to the Registry of the Court, before he is allowed to continue proceedings in this civil action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995
tpalombo@riag.ri.gov

[1] In passing, the award to the undersigned in Berry v. State, USDC 93-0428L and to colleagues in the Attorney General Civil Division in Tang v. State, USDC No. 95-046-T, Carter v. State USDC 93-0447B and Togemann v. State USDC No. 90-0154L so prove.

[2] Taylor has filed a Complaint against the undersigned with the Disciplinary Counsel of the R.I. Supreme Court and, also, a Complaint with Attorney General Lynch. He alleges, *inter alia*, violation of the Rules of Professional Conduct and racism. The undersigned is filing written responses to each Complaint.

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Response and Objection by first class mail, postage prepaid, on this 21st day of September, 2006 to:

**Thaddeus Taylor, *pro se***
353 Elm Street
Windsor Locks, CT 06096

*/s/ Thomas A. Palombo*