UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

V. C.A. No. 05-501S

CORRECTIONAL OFFICER WOODS, ET AL.

ORDER

Before this Court is an appeal from Plaintiff, Thaddeus Taylor, to United States Magistrate Judge Jacob Hagopian's Memorandum and Order signed on September 5, 2006, granting Defendants' Motion for Attorney's Fees and Costs and ordering Plaintiff to reimburse the State of Rhode Island the sum of $377.10. After reviewing the Memorandum and Order and the appeal, this Court finds that nothing in the Memorandum and Order is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). Accordingly, Plaintiff's appeal is DENIED.

ORDER:

By: Karen Baldwin
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 10/2/06