**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**V.** **C.A. NO. 05-501 S**

**CORRECTIONAL OFFICER WOODS, ET AL**

# ORDER

This matter is before the Court on the Motion of the *pro se* Plaintiff, Thaddeus Taylor, wherein he seeks to photograph the inside of the High Security Facility building at the Adult Correctional Institutions and seeks to interview inmates. Defendants have objected to the motion.

Upon consideration of the motion, and of the objection thereto, Plaintiff's motion is **DENIED**. Permitting the plaintiff access to the High Security Center to take photographs would constitute a security concern. Moreover, no rule of Federal Civil Procedure permits the Plaintiff to conduct interviews of inmates.

**ENTER:**

______________________

**PER ORDER:**

______________________
**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: October 3, 2006**