UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THADDEUS TAYLOR | ) |
| Plaintiff, | ) |
| v. | )   C.A. No. 05-501S |
| CORRECTIONAL OFFICER WOODS, ET AL. | ) |
| Defendants. | ) |

ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagcpian filed on September 29, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  Defendants' Motion to Dismiss is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: October 19, 2006