UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

Plaintiff,

v.

CORRECTIONAL OFFICER WOODS, ET AL.

Defendants.

C.A. No. 05-501S

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagcpian filed on September 29, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' Motion to Dismiss is GRANTED.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: October 19, 2006