UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Thaddeus Taylor
Plaintiff

V. Case Number: C.A. NO. 05-501S

Correctional Officer Woods, et al

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, against the Plaintiff, Thaddeus Taylor in accordance to this Court's Order dated October 19, 2006 granting Defendants' Motion to Dismiss.**

**January 23, 2007**
**Date**

**Deputy Clerk**